# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD,<br><br>　　　　Defendants. | C.A. No. 20-01191-LPS |

### BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, TO STAY

　　Defendants Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd., by and through their undersigned counsel, hereby move this Court on grounds of *forum non conveniens* and extraterritoriality for an order dismissing the Complaint with prejudice, or, in the alternative, staying the case. The grounds for this motion are fully set forth in the accompanying brief and supporting papers filed concurrently with this motion.

| | |
|---|---|
| OF COUNSEL: | */s/ Jeffrey L. Moyer* |
| | Jeffrey L. Moyer (#3309) |
| John H. Hemann | Valerie A. Caras (#6608) |
| Kathleen Hartnett | Richards, Layton & Finger, P.A. |
| Lauren Pomeroy | One Rodney Square |
| COOLEY LLP | Wilmington, DE 19801 |
| 101 California St., 5th Fl. | (302) 651-7700 |
| San Francisco, CA 94111 | moyer@rlf.com |
| (415) 693-2200 | caras@rlf.com |
| jhemann@cooley.com | |
| khartnett@cooley.com | |
| lpomeroy@cooley.com | *Attorneys for Defendants* |

Dated: January 21, 2021

2