## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>       *Plaintiff*,<br><br>    v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK<br>SOFTWARE CORPORATION,<br>PRICELINE.COM LLC, and AGODA<br>COMPANY PTE. LTD.,<br><br>       *Defendants*. | C.A. No. 20-01191-WCB<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER
## SETTING BRIEFING DEADLINES

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the following deadlines are agreed, as follows:

| Event | Deadline |
|---|---|
| Plaintiff to file First Amended Complaint | July 22, 2022 |
| Defendants to Answer or Otherwise Respond to Plaintiff's First Amended Complaint | August 10, 2022 |
| Plaintiff to file Opposition to Defendants' Motion to Dismiss | September 1, 2022 |
| Defendants to file Response to Plaintiff's Opposition to Defendants' Motion to Dismiss | September 15, 2022 |

The parties' briefing on Defendants' forthcoming Motion to Dismiss (the "Motion) shall proceed as follows:

    1.      Defendants' Opening Brief in Support of the Motion shall not exceed 30 pages;

2.      Plaintiff's Answering Brief in Opposition to the Motion shall not exceed 30 pages; and

3.      Defendants' Reply Brief in Support of the Motion shall not exceed 15 pages.

Because of this expeditious briefing schedule, the parties agree that the discovery stay ordered (D.I. 74) will continue through resolution of the Motion to Dismiss.  No other deadlines in the Scheduling Order (D.I. 46) are affected by this stipulation.

Dated: July 25, 2022

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Plaintiff,*
*Ryanair DAC*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Jeffrey L. Moyer*
Jeffrey L. Moyer (#3309)
Valerie A. Caras (#6608)
One Rodney Square
920 King Street, Suite 600
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
caras@rlf.com

*Attorneys for Defendants,*
*Booking Holdings Inc., Booking.com B.V.,*
*Kayak Software Corporation,*
*Priceline.com LLC, and*
*Agoda Company PTE. Ltd.*

SO ORDERED this 26th day of July, 2022.

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE