# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>     Plaintiff,<br><br>     v.<br><br>BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD,<br><br>     Defendants. | C.A. No. 20-01191-WCB |

### DEFENDANTS BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, AND AGODA COMPANY PTE. LTD.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants Booking Holdings Inc., Booking.com B.V., KAYAK Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd., by and through their undersigned counsel, hereby move this Court for an order dismissing the First Amended Complaint with prejudice. The grounds for this motion are set forth in the accompanying brief and supporting papers filed concurrently with this motion.

| | |
|---|---|
| OF COUNSEL:<br><br>John H. Hemann<br>Kathleen Hartnett<br>Jessie Simpson LaGoy<br>Darina Shtrakhman<br>COOLEY LLP<br>3 Embarcadero Center St., 20th Fl.<br>San Francisco, CA 94111<br>(415) 693-2200<br>jhemann@cooley.com<br>khartnett@cooley.com<br>jsimpsonlagoy@cooley.com<br>dshtrakhman@cooley.com | */s/ Jeffrey L. Moyer* _____<br>Jeffrey L. Moyer (#3309)<br>Valerie A. Caras (#6608)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>caras@rlf.com<br><br>*Attorneys for Defendants* |

Dated: August 10, 2022