# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC, <br><br> Plaintiff, <br><br> v. <br><br> BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD, <br><br> Defendants. | C.A. No. 20-01191-WCB |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2022, the Court having considered Defendants Booking Holdings Inc., Booking.com B.V., KAYAK Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.'s Motion to Dismiss Plaintiff's First Amended Complaint and the papers submitted in connection therewith,

IT IS HEREBY ORDERED as follows: (1) Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference is GRANTED, and (2) Defendants' Motion to Dismiss is GRANTED.  Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE against all Defendants.

_____
The Honorable William C. Bryson
U.S. Circuit Judge