# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC, <br><br> Plaintiff, <br><br> v. <br><br> BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 20-01191-WCB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 13, 2023, a true and correct copy of Defendants' Supplemental Notice of Deposition of Plaintiff Ryanair DAC Pursuant to Fed. R. Civ. P. 30(b)(6) was caused to be served on the following counsel by e-mail:

R Touhey Myer (#5939)
Kratz & Barry LLP
800 N. West Street
Wilmington, Delaware 19801
(302) 527-9378
tmyer@kratzandbarry.com

R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
150 N Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

OF COUNSEL:

John H. Hemann
Kathleen Hartnett
Kristine Forderer
Jessie Simpson LaGoy
COOLEY LLP
3 Embarcadero Center St., 20th Fl.
San Francisco, CA 94111
(415) 693-2200
jhemann@cooley.com
khartnett@cooley.com
kforderer@cooley.com
jsimpsonlagoy@cooley.com

Alexander J. Kasner
COOLEY LLP
1299 Pennsylvania Ave., Suite 700
Washington, DC 20004
(202) 842-7800
akasner@cooley.com

Dated: December 13, 2023

*/s/ Alexandra M. Ewing*
Jeffrey L. Moyer (#3309)
Alexandra M. Ewing (#6407)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
ewing@rlf.com

*Attorneys for Defendants*