## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RYANAIR DAC, <br><br> *Plaintiff,* <br><br> v. <br><br> BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD., <br><br> *Defendants.* | C.A. No. 1:20-cv-01191-WCB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 13th day of December 2023, Plaintiff, Ryanair DAC, served *Plaintiff's Notice of Deposition of Defendant Booking.com B.V. Pursuant to Federal Rule of Civil Procedure 30(b)(6)* on the below-listed counsel of record via electronic mail:

Jeffrey L. Moyer
Tyler E. Cragg
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street, Suite 600
Wilmington, DE 19801
moyer@rlf.com
cragg@rlf.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.*

John H. Hemann
Kathleen Hartnett
Kristine Forderer
Darina Shtrakhman
Hannah Pollack
Zoë Helstrom
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
jhemann@cooley.com
khartnett@cooley.com
kforderer@cooley.com
dshtrakhman@cooley.com
hpollack@cooley.com
zhelstrom@cooley.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.*

| | |
|---|---|
| Jessie Simpson LaGoy<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>jsimpsonlagoy@cooley.com<br><br>*Counsel for Defendants,*<br>*Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.* | Alexander J. Kasner<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, D.C. 20004<br>akasner@cooley.com<br><br>*Counsel for Defendants,*<br>*Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.* |
| Dated: December 13, 2023 | **KRATZ & BARRY LLP**<br><br>*/s/ R Touhey Myer*<br>R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim Defendant, Ryanair DAC* |
| *Of Counsel:*<br><br>**HOLLAND & KNIGHT LLP**<br><br>R. David Donoghue *(pro hac vice)*<br>Anthony J. Fuga *(pro hac vice)*<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>(312) 263-3600<br>david.donoghue@hklaw.com<br>anthony.fuga@hklaw.com<br><br>Ji Mao *(pro hac vice)*<br>31 West 52nd Street, 12th Floor<br>New York, NY 10019<br>(212) 513-3200<br>ji.mao@hklaw.com<br><br>Cynthia A. Gierhart *(pro hac vice)*<br>800 17th Street NW, Suite 1100<br>Washington, DC 20011<br>(202) 569-5416<br>cindy.gierhart@hklaw.com<br><br>William Howard Oliver, III *(pro hac vice)*<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>(617) 573-5863<br>william.oliver@hklaw.com | |