**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                            :
RYANAIR DAC,                                    :
                                                            :       C.A. No. 1:20-cv-01191-WCB
                              *Plaintiff,*             :
                                                            :
              v.                                           :
                                                            :
BOOKING HOLDINGS INC.,                   :
BOOKING.COM B.V., KAYAK SOFTWARE   :
CORPORATION, PRICELINE.COM LLC,    :
and AGODA COMPANY PTE. LTD.,          :
                                                            :       **REDACTED VERSION –**
                              *Defendants.*        :   **CONFIDENTIAL MATERIAL OMITTED**
_____ :

**DECLARATION OF ANTHONY J. FUGA IN SUPPORT**
**OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION TO TAKE ADDITIONAL DEPOSITIONS**

I, Anthony J. Fuga, declare:

1.      I am over the age of twenty-one (21) and of sound mind.  I am an attorney at Holland & Knight LLP, which represents Plaintiff, Ryanair DAC, in this matter.  I have personal knowledge of all the facts recited below, and if called as a witness, could and would testify competently thereto.

2.      Attached as **Exhibit A** is a true and correct copy Plaintiff, Ryanair DAC's Fifth Supplemental and Amended Responses to Defendants' First Set of Interrogatories as dated and served on October 6, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7, 2023

Respectfully Submitted,

/s/ Anthony J. Fuga
ANTHONY J. FUGA

Attorney for Plaintiff/
Counterclaim Defendant Ryanair DAC