# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>        Plaintiff,<br><br>    v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>        Defendants. | C.A. No. 20-01191-WCB |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Booking Holdings Inc., Booking.com B.V., KAYAK Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd. (the "Defendants"), by and through their undersigned counsel, hereby move this Court for an order granting summary judgment to Defendants on all of Ryanair DAC's claims. The grounds for this motion are set forth in the accompanying brief and any additional materials filed in support of this motion.

| | |
|---|---|
| OF COUNSEL:<br><br>John H. Hemann<br>Kathleen Hartnett<br>Kristine Forderer<br>Alexander J. Kasner<br>Jessie Simpson LaGoy<br>Hannah Pollack<br>COOLEY LLP<br>3 Embarcadero Center, 20th Fl.<br>San Francisco, CA 94111<br>(415) 693-2200<br>jhemann@cooley.com<br>khartnett@cooley.com<br>kforderer@cooley.com<br>akasner@cooley.com<br>jsimpsonlagoy@cooley.com<br>hpollack@cooley.com<br><br>Dated: December 20, 2023 | */s/ Jeffrey L. Moyer*<br>Jeffrey L. Moyer (#3309)<br>Alexandra M. Ewing (#6407)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>ewing@rlf.com<br><br>*Attorneys for Defendants* |

2