IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>     Plaintiff,<br><br>  v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>     Defendants. | C.A. No. 20-01191-WCB |

### DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF IAIN LOPATA

Defendants Booking Holdings Inc., Booking.com B.V., KAYAK Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd. (the "Defendants"), by and through their undersigned counsel, hereby move this Court for an order excluding the testimony of Iain Lopata. The grounds for this motion are set forth in the accompanying brief and any additional materials filed in support of this motion.

Pursuant to D. Del. LR 7.1.1, the parties have met and conferred, and Plaintiff Ryanair DAC opposes this motion.

| | |
|---|---|
| OF COUNSEL:<br><br>John H. Hemann<br>Kathleen Hartnett<br>Kristine Forderer<br>Alexander J. Kasner<br>Jessie Simpson LaGoy<br>Hannah Pollack<br>COOLEY LLP<br>3 Embarcadero Center, 20th Fl.<br>San Francisco, CA 94111<br>(415) 693-2200<br>jhemann@cooley.com<br>khartnett@cooley.com<br>kforderer@cooley.com<br>akasner@cooley.com<br>jsimpsonlagoy@cooley.com<br>hpollack@cooley.com<br><br>Dated: December 20, 2023 | */s/ Jeffrey L. Moyer*<br>Jeffrey L. Moyer (#3309)<br>Alexandra M. Ewing (#6407)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>ewing@rlf.com<br><br>*Attorneys for Defendants* |

2