IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>    Plaintiff,<br><br>    v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>    Defendants. | C.A. No. 20-01191-WCB |

**DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF ANTHONY VANCE**

Defendants Booking Holdings Inc., Booking.com B.V., KAYAK Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd. (the "Defendants"), by and through their undersigned counsel, hereby move this Court for an order excluding the testimony of Anthony Vance. The grounds for this motion are set forth in the accompanying brief and any additional materials filed in support of this motion.

Pursuant to D. Del. LR 7.1.1, the parties have met and conferred, and Plaintiff Ryanair DAC opposes this motion.

<table>
<tr><td>

OF COUNSEL:

John H. Hemann
Kathleen Hartnett
Kristine Forderer
Alexander J. Kasner
Jessie Simpson LaGoy
Hannah Pollack
COOLEY LLP
3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111
(415) 693-2200
jhemann@cooley.com
khartnett@cooley.com
kforderer@cooley.com
akasner@cooley.com
jsimpsonlagoy@cooley.com
hpollack@cooley.com

Dated: December 20, 2023

</td><td>

/s/ *Jeffrey L. Moyer*
Jeffrey L. Moyer (#3309)
Alexandra M. Ewing (#6407)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
ewing@rlf.com

*Attorneys for Defendants*

</td></tr>
</table>