**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

RYANAIR DAC,

*Plaintiff,*

v.

C.A. No. 1:20-cv-01191-WCB

BOOKING HOLDINGS INC.,
BOOKING.COM B.V., KAYAK SOFTWARE
CORPORATION, PRICELINE.COM LLC,
and AGODA COMPANY PTE. LTD,

*Defendants.*

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, Ryanair DAC and Defendants, Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC and Agoda Company Pte. Ltd., and subject to the approval of the Court, that the deadline to file public versions of the following documents filed under seal on December 20, 2023 shall be extended from December 27, 2023 to January 10, 2024.

1.      The parties agree to extend the current deadline to file public, redacted versions of the Defendants' Brief in Support of its Motion for Summary Judgment and Motions to Preclude Expert Opinions of Iain Lopata and Anthony Vance filed under seal at D.I. 335, and supporting Declarations and Exhibits thereto filed under seal at D.I.s 336, 337, 338, 339, 340, 341, 342, 343, 344, 345 and 346 to January 10, 2024.

2.      The parties agree to extend the current deadline to file public, redacted versions of the Plaintiff's Motion for Summary Judgment and to Preclude Expert Testimony of Timothy James O'Neil-Dunne, Jordan Rae Kelly, and Basil Imburgia filing and supporting Opening Brief and

Declarations with Exhibits thereto filed under seal at D.I.s 347, 348, 349 and 350 to January 10, 2024.

**KRATZ & BARRY LLP**

/s/ R Touhey Myer
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Plaintiff,*
*Ryanair DAC*

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Alexandra M. Ewing
Jeffrey L. Moyer (#3309)
Alexandra M. Ewing (#6407)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
ewing@rlf.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V.,*
*Kayak Software Corporation, Priceline.com*
*LLC, and Agoda Company Pte. Ltd.*

Dated: December 21, 2023

SO ORDERED this 22nd day of December, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

2