# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RYANAIR DAC, :<br>:<br>*Plaintiff/* :<br>*Counterclaim Defendant,* :<br>:<br>v. :<br>:<br>BOOKING HOLDINGS INC., :<br>BOOKING.COM B.V., KAYAK SOFTWARE :<br>CORPORATION, PRICELINE.COM LLC, :<br>and AGODA COMPANY PTE. LTD., :<br>:<br>*Defendants,* :<br>:<br>BOOKING.COM B.V.., :<br>:<br>*Counterclaim Plaintiff.* :<br>: | C.A. No. 1:20-cv-01191-WCB<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**PUBLIC VERSION -**<br>**CONFIDENTIAL MATERIAL OMITTED** |

### DECLARATION OF ANTHONY J. FUGA IN SUPPORT OF PLAINTIFF RYANAIR'S MOTION FOR SUMMARY JUDGMENT AND TO PRECLUDE EXPERT TESTIMONY OF TIMOTHY JAMES O'NEIL-DUNNE, JORDAN RAE KELLY, AND BASIL IMBURGIA

I, Anthony J. Fuga, declare:

1. I am over the age of twenty-one (21) and of sound mind. I am an attorney at Holland & Knight LLP, which represents Plaintiff, Ryanair DAC, in this matter. I have personal knowledge of all the facts recited below, and if called as a witness, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the document stamped with Bates no. RYANAIR-BOOKING_0017479 showing the Ryanair Group Annual Report 2022.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from Booking.com B.V.'s Supplemental Responses and Objections to Plaintiff Ryanair DAC's Interrogatory No. 2, dated December 21, 2022 and served on December 22, 2022.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Marcos Guerrero, deposed on August 10, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from Kayak Software Corporation's Second Amended and Supplemental Responses and Objections to Plaintiff Ryanair DAC's Interrogatory No. 2, dated and served on September 27, 2023.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of Lukasz Stocki, deposed on August 17, 2023.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from Plaintiff Ryanair DAC's Sixth Supplemental and Amended Responses to Defendants' First Set of Interrogatories, dated and served on December 11, 2023.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from Plaintiff, Ryanair DAC's First Supplemental Responses to Defendants' Third Set of Interrogatories (Nos. 30-33), dated and served on October 6, 2023.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from Booking.com B.V.'s Responses and Objections to Plaintiff Ryanair DAC's Second Set of Interrogatories, dated May 31, 2023 and served on June 7, 2023.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from Kayak Software Corporation's Responses and Objections to Plaintiff Ryanair DAC's Second Set of Interrogatories, dated June 2, 2023 and served on June 7, 2023.

11. Attached as **Exhibit 10** is a true and correct copy of the document stamped with Bates no. RYANAIR-BOOKING_0075870 showing a copy of a system-generated email to a Ryanair customer about online verification.

12. Attached as **Exhibit 11** is a true and correct copy of the document stamped with Bates no. RYANAIR-BOOKING_0016500 showing a Ryanair Twitter message about refund delays from OTAs.

13. Attached as **Exhibit 12** is a true and correct copy of the document stamped with Bates no. RYANAIR-BOOKING_0016497 showing a Ryanair Twitter message about refund delays from OTAs.

14. Attached as **Exhibit 13** is a true and correct copy of excerpts from the deposition transcript of David O'Callaghan, deposed on August 15, 2023.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the deposition transcript of John Hurley, deposed on September 29, 2023.

16. Attached as **Exhibit 15** is a true and correct copy of excerpts from the deposition transcript of Iain Lopata, deposed on October 11, 2023.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts from the document stamped with Bates no. RYANAIR-BOOKING_0063234 ▮▮▮▮▮▮▮▮▮▮

18. Attached as **Exhibit 17** is a true and correct copy of excerpts from the document stamped with Bates no. RYANAIR-BOOKING_0065418 ▮▮▮▮▮▮▮▮▮▮

19. Attached as **Exhibit 18** is a true and correct copy of excerpts from Kayak Software Corporation's Third Amended and Supplemental Responses and Objections To Plaintiff Ryanair DAC's Interrogatorry [sic] No. 4, dated and served on September 27, 2023.

20. Attached as **Exhibit 19** is a true and correct copy of excerpts from the transcript for the hearing before Judge Bryson held on September 12, 2023.

21. Attached as **Exhibit 20** is a true and correct copy of excerpts from the document stamped with Bates no. KAYAK00000094 showing ▮

22. Attached as **Exhibit 21** is a true and correct copy of excerpts from the deposition transcript of Christopher Humphries, deposed on October 3, 2023.

23. Attached as **Exhibit 22** is a true and correct copy of excerpts from the deposition transcript of John Hurley, deposed on December 14, 2023.

24. Attached as **Exhibit 23** is a true and correct copy of excerpts from Plaintiff, Ryanair DAC's Third Supplemental and Amended Responses to Defendants' Second Set of Interrogatories, dated and served on October 6, 2023.

25. Attached as **Exhibit 24** is a true and correct copy of the document stamped with Bates no. BOOKING.COM00002385 showing ▮

26. Attached as **Exhibit 25** is a true and correct copy of the document stamped with Bates no. BOOKING.COM00002388 showing a ▮

27. Attached as **Exhibit 26** is a true and correct copy of excerpts from the deposition transcript of Dara Brady, deposed on August 18, 2023.

4

28. Attached as **Exhibit 27** is a true and correct copy of the document stamped with Bates no. RYANAIR-BOOKING_0003837 showing the Ryanair Terms of Use.

29. Attached as **Exhibit 28** is a true and correct copy of excerpts from Booking.com B.V.'s Responses to Plaintiff Ryanair DAC's Second Set of Requests for Admission, dated and served on October 6, 2023.

30. Attached as **Exhibit 29** is a true and correct copy of excerpts from the deposition transcript of John Hurley, deposed on August 16, 2023.

31. Attached as **Exhibit 30** is a true and correct copy of excerpts from Booking.com B.V. Responses and Objections to Plaintiff Ryanair DAC's Third Set of Interrogatories, dated and served on October 6, 2023.

32. Attached as **Exhibit 31** is a true and correct copy of the document stamped with Bates no. BOOKING.COM00010150 showing ███████████████████████████████

33. Attached as **Exhibit 32** is a true and correct copy of excerpts from Booking.com B.V.'s Third Amended and Supplemental Responses and Objections to Plaintiff Ryanair DAC's Interrogatory No. 4, dated and served on November 30, 2023.

34. Attached as **Exhibit 33** is a true and correct copy of excerpts from the Expert Report of Timothy James O'Neil-Dunne, served on August 31, 2023.

35. Attached as **Exhibit 34** is a true and correct copy of excerpts from the deposition transcript of Timothy James O'Neil-Dunne, deposed on September 26, 2023.

36. Attached as **Exhibit 35** is a true and correct copy of excerpts from the Expert Report of Jordan Rae Kelly, served on August 31, 2023.

37. Attached as **Exhibit 36** is a true and correct copy of excerpts from the deposition transcript of Jordan Rae Kelly, deposed on October 4, 2023.

38. Attached as **Exhibit 37** is a true and correct copy of excerpts from the deposition transcript of Basil Imburgia, deposed on October 13, 2023.

39. Attached as **Exhibit 38** is a true and correct copy of excerpts from the Expert Rebuttal Report and Disclosure of Basil Imburgia, served on September 29, 2023.

40. Attached as **Exhibit 39** is a true and correct copy of excerpts from the Supplemental Expert Rebuttal Report and Disclosure of Basil Imburgia, served on October 10, 2023.

41. Attached as **Exhibit 40** is a true and correct copy of the document stamped with Bates no. RYANAIR-BOOKING_0078771 showing and calculating ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

42. Attached as **Exhibit 41** is a true and correct copy of the document stamped with Bates no. RYANAIR-BOOKING_0080660 showing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

43. Attached as **Exhibit 42** is a true and correct copy of excerpts from the transcript for the hearing before Judge Bryson held on September 25, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2023    Respectfully Submitted,

/s/ *Anthony J. Fuga*
ANTHONY J. FUGA

*Attorney for Plaintiff/
Counterclaim Defendant Ryanair DAC*

6