# EXHIBIT 9A

**PUBLIC VERSION -**
**CONFIDENTIAL MATERIAL OMITTED IN FULL**