# EXHIBIT 9B

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**