# EXHIBIT 9C

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**