# EXHIBIT 9D

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**