# EXHIBIT 10

**PUBLIC VERSION - CONFIDENTIAL MATERIAL OMITTED**

| | | |
|---|---|---|
| **From:** | Ryanair Customer Services (info@care.ryanair.com) | **Sent:** 07/11/2021 19:02:33 UTC |
| **To:** | Redacted @icloud.com | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | Redacted IMPORTANT NOTICE – PLEASE FORWARD TO PASSENGER | |



Dear Customer,

Your booking Redacted appears to have been made via a third party intermediary or BOT which are not authorized by Ryanair to use the Ryanair website or app or to offer our flights for sale. We do this to keep prices low as intermediaries may apply massive mark-ups to fares or ancillary products such as bags, seats and priority boarding.

In addition to this, there are safety and security issues that affect passengers and our crew. The check-in process must be completed by a passenger personally to ensure passengers are in notice of, and have confirmed compliance with required safety, security and public health protocols, including those set out by the ICAO Technical Instructions, Regulation (EU) 2015/1998, and the EASA/ECDC Covid-19 Aviation Health Safety Protocol.

As you may have made your booking via an unauthorized intermediary, we may not have been provided with your correct contact and payment details, which may prevent us from:
·   Notifying you of required safety, security and public health protocols.
·   Notifying you of required mandatory travel forms.
·   Assisting the health authorities with contact tracing for Covid-19.
·   Contacting you with important flight updates and terminal changes.
·   Fulfilling our post-contractual obligations (such as processing valid refund claims), as set out in EU Regulation 261/2004 and in Ryanair's General Terms & Conditions of Carriage.

IN ORDER TO RESOLVE THESE ISSUES, YOU HAVE THE OPTION TO CHECK-IN BY:

**ONLINE VERIFICATION**
·   A passenger on this booking can verify using facial recognition technology.
·   This service is provided on the Ryanair website for a fee of €0.35.
·   Online Verification allows you to manage your booking via Ryanair.com.

**Verify Online**

The cost of this service is to cover the verification checks, Ryanair does not benefit from this transaction commercially.

If you don't want to use online verification, all passengers on this booking can attend the Ryanair ticket desk at least 120 mins before departure to check-in free of charge. Please note that our airports are busier than usual in the summer months and queues may be longer as a result as we must provide a safe workplace for our staff.

To check if you have been charged more by the unauthorized intermediary, you can use our Price Checker tool available on Ryanair.com which will quickly show you what Ryanair received for this booking. To find the lowest fares, look for the Ryanair Verified Seal. This guarantees you are booking directly on the Ryanair.com website or app.

Thank you for choosing Ryanair.

Kind regards

Ryanair Customer Services

Ryanair D.A.C. (Company No. 104547).
Dublin Office, Airside Business Park, Swords, Co. Dublin, Ireland.

# EXHIBIT 11

**PUBLIC VERSION - CONFIDENTIAL MATERIAL OMITTED**



RYANAIR-BOOKING_0016500

# EXHIBIT 12

**PUBLIC VERSION - CONFIDENTIAL MATERIAL OMITTED**



RYANAIR-BOOKING_0016497

# EXHIBIT 13

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 14

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 15

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 16

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 17

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**