**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

RYANAIR DAC,

              Plaintiff,

    v.

BOOKING HOLDINGS INC.,
BOOKING.COM B.V., KAYAK SOFTWARE
CORPORATION, PRICELINE.COM LLC,
and AGODA COMPANY PTE. LTD,

              Defendants.

C.A. No. 20-01191-WCB

**PUBLIC REDACTED VERSION**

---

**DECLARATION OF OLIVIER ROSET IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

John H. Hemann
Kathleen Hartnett
Kristine Forderer
Alexander J. Kasner
Jessie Simpson LaGoy
Hannah Pollack
COOLEY LLP
3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111
(415) 693-2200
jhemann@cooley.com
khartnett@cooley.com
kforderer@cooley.com
akasner@cooley.com
jsimpsonlagoy@cooley.com
hpollack@cooley.com

Dated: December 20, 2023

Jeffrey L. Moyer (#3309)
Alexandra M. Ewing (#6407)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
ewing@rlf.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYANAIR DAC, | |
| Plaintiff, | |
| v. | C.A. No. 20-01191-WCB |
| BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD, | **PUBLIC REDACTED VERSION** |
| Defendants. | |

**DECLARATION OF OLIVIER ROSET IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Olivier Roset, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1.      I am over eighteen (18) years of age, of sound mind, and otherwise competent to make this Declaration.  I am currently the Director of Products Consumer FinTech at Agoda Company Pte. Ltd. ("Agoda").  I have served in this role since July 2022.  I previously served as Head of Flights at Agoda from 2019 to 2021, and Head of Agoda Travel platform from January 2022 to June 2022.  As a result, I have personal knowledge of the statements set forth in this declaration or I have learned the information provided herein from Agoda data sources and knowledgeable Agoda employees.  I sat for a deposition in the above-captioned matter on August 23, 2023. If called as a witness, I could and would testify competently to the matters set forth herein.

2.      Agoda is an Asia-based online travel agency, headquartered in Singapore, that facilitates the booking of travel services, including accommodation reservations and airline tickets.

3.      Agoda displayed the ability to book Ryanair fights through its platforms (mobile and web) from 2019 to 2020, after which, ███████████████████████████

████████████████████████████████████████████████████████

████████████████████████████. ███████████████████████████

████████████████████████████████████████████████████████

██████████████

4.      During the time Agoda offered Ryanair flights, flight inventory and information (e.g., fares and schedules) displayed on Agoda's platforms has been sourced ███████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████

5.      During the time Agoda offered Ryanair flights, ███████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████

6.      During the time Agoda offered Ryanair flights, ███████████████████

████████████████████████████████████████████████████████

██████████████████████████████

7.      During the time Agoda offered Ryanair flights, Agoda did not instruct any flight aggregators on how or whether to obtain Ryanair fares and schedules or how to book Ryanair flights.  Further, Agoda did not instruct flight aggregators to access the Ryanair website or make a myRyanair account.

8.      Neither I, nor to my knowledge anyone else at Agoda, knows the details of how aggregators actually made the bookings of Ryanair flights for Agoda customers.

9.      Agoda has no direction, control, or involvement in any of the flight aggregators' decisions regarding what airline inventory to make available to Agoda or how they obtain the flight inventory.

10.     During the time Agoda offered Ryanair flights, Agoda did not provide any information about those customers that booked Ryanair flights directly to Ryanair.  Customers enter certain required information on Agoda's platforms as part of the booking flow, ███████

████████████████████████████████████████████████████████

███████ . Agoda does not alter the customer-provided information, unless required for customer support purposes.  Agoda does not know the specific customer information provided to any airline, including Ryanair, when aggregators process the Ryanair bookings made on Agoda's platforms. Agoda does not tell any flight aggregator what information to provide or not to provide to Ryanair in connection with Ryanair bookings.

11.     █████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December      , 2023.

December 19, 2023

Olivier Roset

_____

Olivier Roset

294423941

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2023, a true and correct copy of the foregoing

document was caused to be served on the following counsel of record in the manner indicated.

<u>**BY ELECTRONIC MAIL**</u>
R. Touhey Myer
Kratz & Barry LLP
800 N. West Street
Wilmington, Delaware 19801
(302) 527-9378
tmyer@kratzandbarry.com

<u>**BY ELECTRONIC MAIL**</u>
R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
150 N Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

*/s/ Jeffrey L. Moyer*
Jeffrey L. Moyer (#3309)