# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC, *Plaintiff*, v. BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD, *Defendants*. | C.A. No. 1:20-cv-01191-WCB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, Ryanair DAC and Defendants, Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC and Agoda Company Pte. Ltd., and subject to the approval of the Court, that the deadline to file public versions of the following documents which will be filed under seal on January 22, 2024 and February 5, 2024, shall be extended from January 29, 2024 and February 12, 2024, respectively to February 26, 2024.

1. The parties agree that Opposition Briefs to each of the parties' respective Motion for Summary Judgment and Daubert Motions will be filed under seal on January 22, 2024. The deadline to file public, redacted versions of those Opposition Briefs and all accompanying documents would be due on January 29, 2024.

2. The parties agree that Reply Briefs to each of the parties' respective Opposition Briefs will be filed under seal on February 5, 2024. The deadline to file public, redacted versions of those Reply Briefs and all accompanying documents would be due on February 12, 2024.

3. The parties agree to extend and consolidate both deadlines to file public, redacted versions of the respective Opposition and Reply Briefs and all accompanying documents to each party's Motion for Summary Judgment and Daubert Motions to February 26, 2024.

| | |
|---|---|
| **KRATZ & BARRY LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ R Touhey Myer* | */s/ Alexandra M. Ewing* |
| R Touhey Myer (#5939) | Jeffrey L. Moyer (#3309) |
| 800 N. West Street | Alexandra M. Ewing (#6407) |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 527-9378 | 920 N. King Street |
| tmyer@kratzandbarry.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| *Attorneys for Plaintiff,* | moyer@rlf.com |
| *Ryanair DAC* | ewing@rlf.com |
| | |
| | *Counsel for Defendants,* |
| | *Booking Holdings Inc., Booking.com B.V.,* |
| | *Kayak Software Corporation, Priceline.com* |
| | *LLC, and Agoda Company Pte. Ltd.* |

Dated: January 19, 2024

SO ORDERED this _____ day of _____, 2024.

_____
WILLIAM C. BRYSON
United States Circuit Judge