# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>        Plaintiff,<br><br>    v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>        Defendants. | C.A. No. 20-01191-WCB |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that on January 22, 2024, Defendants Booking Holdings Inc., Booking.com B.V., KAYAK Software Corporation, Priceline.com LLC, and Agoda Company Pte.Ltd. caused to be lodged with the Court Exhibit EE and Exhibit FF to the Declaration of Kathleen Hartnett in Support of Defendants' Brief in Opposition to Ryanair's Motion for Summary Judgment and Motions to Preclude Defendants' Expert Testimony. Both Exhibit EE and Exhibit FF are designated HIGHLY CONFIDENTIAL – AUTHORIZED PERSONNEL ONLY PURSUANT TO THE COURT'S JULY 21, 2023 ORDER (D.I. 192).

Copies have also been sent to the following counsel in the manner indicated:

| **VIA E-MAIL** | **VIA E-MAIL** |
|---|---|
| R Touhey Myer (#5939)<br>Kratz & Barry LLP<br>800 N. West Street<br>Wilmington, Delaware 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com | R. David Donoghue<br>Anthony J. Fuga<br>HOLLAND & KNIGHT LLP<br>150 N Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>(312) 263-3600<br>david.donoghue@hklaw.com<br>anthony.fuga@hklaw.com |

| | |
|---|---|
| OF COUNSEL:<br><br>John H. Hemann<br>Kathleen Hartnett<br>Kristine Forderer<br>Alexander J. Kasner<br>Jessie Simpson LaGoy<br>Hannah Pollack<br>COOLEY LLP<br>3 Embarcadero Center, 20th Fl.<br>San Francisco, CA 94111<br>(415) 693-2200<br>jhemann@cooley.com<br>khartnett@cooley.com<br>kforderer@cooley.com<br>akasner@cooley.com<br>jsimpsonlagoy@cooley.com<br>hpollack@cooley.com<br><br>Dated: January 22, 2024 | /s/ *Jeffrey L. Moyer*<br>Jeffrey L. Moyer (#3309)<br>Alexandra M. Ewing (#6407)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>ewing@rlf.com<br><br>*Attorneys for Defendants* |

2