## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>    Plaintiff,<br><br>  v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>    Defendants. | C.A. No. 20-01191-WCB |

### **REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, Defendants Booking Holdings Inc., Booking.com B.V., KAYAK Software Corporation, Priceline.com LLC, and Agoda Company Pte.Ltd. (together "Defendants") request that the Court hold oral argument on their Motion for Summary Judgment and Motions to Exclude the Testimony of Iain Lopata and Anthony Vance (D.I. 332-334) and Plaintiff Ryanair DAC ("Ryanair")'s Motion for Summary Judgment and to Preclude Expert Testimony of Timothy James O'Neil-Dunne, Jordan Rae Kelly, and Basil Imburgia (D.I. 347).

Defendants respectfully request that if the Court holds oral argument, that oral argument be held in person.

| | |
|---|---|
| OF COUNSEL: | */s/ Jeffrey L. Moyer* |
| | Jeffrey L. Moyer (#3309) |
| John H. Hemann | Alexandra M. Ewing (#6407) |
| Kathleen Hartnett | Richards, Layton & Finger, P.A. |
| Kristine Forderer | One Rodney Square |
| Alexander J. Kasner | Wilmington, DE 19801 |
| Jessie Simpson LaGoy | (302) 651-7700 |
| Hannah Pollack | moyer@rlf.com |
| COOLEY LLP | ewing@rlf.com |
| 3 Embarcadero Center St., 20th Fl. | |
| San Francisco, CA 94111 | *Attorneys for Defendants* |
| (415) 693-2200 | |
| jhemann@cooley.com | |
| khartnett@cooley.com | |
| kforderer@cooley.com | |
| akasner@cooley.com | |
| jsimpsonlagoy@cooley.com | |
| hpollack@cooley.com | |

Dated: February 5, 2024