IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC, | : |
| *Plaintiff/ Counterclaim Defendant,* | : C.A. No. 1:20-cv-01191-WCB |
| v. | : |
| BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD., | : |
| *Defendants,* | : |
| BOOKING.COM B.V., | : |
| *Counterclaim Plaintiff.* | : |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, Plaintiff, Ryanair DAC (herein "Plaintiff") by and through its undersigned Counsel, requests oral argument on Plaintiff Ryanair DAC's Motion for Summary Judgment and to Preclude Expert Testimony of Timothy James O'Neil-Dunne, Jordan Rae Kelly, and Basil Imburgia (D.I. 347)(herein, the "Plaintiff's Motion.") Briefing on Plaintiff's Motion is now complete (D.I.s 348, 349, 372, 373, 374, 375, 380, and 381.)

Plaintiff further requests oral argument in a format and location most convenient for the Court on Defendants, Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.'s (collectively herein, "Defendants") Motion for Summary Judgment (D.I. 332), Defendants' Motion to Exclude Opinions of Iain Lopata (D.I. 333), and Defendants' Motion to Exclude Opinions of Anthony Vance (D.I. 334) (collectively

herein, "Defendants' Motions.")  Briefing on Defendants' Motions is now complete (D.I.s 335-346, 376, 377, 378, and 379.)

Dated: February 9, 2024

Respectfully Submitted,

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Plaintiff/
Counterclaim Defendant Ryanair DAC*

*Of Counsel:*

**HOLLAND & KNIGHT LLP**

R. David Donoghue (*pro hac vice*)
Anthony J. Fuga (*pro hac vice*)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

Cynthia A. Gierhart (*pro hac vice*)
800 17th Street NW, Suite 1100
Washington, DC 20011
(202) 469-5416
cindy.gierhart@hklaw.com

Ji Mao (*pro hac vice*)
31 West 52nd Street
New York, New York 10019
(212) 513-3420
ji.mao@hklaw.com

William H. Oliver III (*pro hac vice*)
10 St. James Ave. 11th Floor
Boston, MA 02116
(617) 573-5863
william.oliver@hklaw.com