**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYANAIR DAC, | : |
| | : |
| | :   C.A. No. 1:20-cv-01191-WCB |
| *Plaintiff/* | : |
| *Counterclaim Defendant,* | : |
| | : |
| v. | : |
| | : |
| BOOKING HOLDINGS INC., | : |
| BOOKING.COM B.V., KAYAK SOFTWARE | : |
| CORPORATION, PRICELINE.COM LLC, | : |
| and AGODA COMPANY PTE. LTD., | : |
| | : |
| *Defendants,* | : |
| | : |
| BOOKING.COM B.V., | :     **PUBLIC VERSION -** |
| | : **CONFIDENTIAL MATERIAL OMITTED** |
| *Counterclaim Plaintiff.* | : |
| | : |

**DECLARATION OF JI MAO IN SUPPORT OF PLAINTIFF
RYANAIR DAC'S BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND TO PRECLUDE
EXPERT TESTIMONY OF IAIN LOPATA AND ANTHONY VANCE**

I, Ji Mao, declare:

1.    I am over the age of twenty-one (21) and of sound mind.  I am an attorney at Holland & Knight LLP, which represents Plaintiff, Ryanair DAC, in this matter.  I have personal knowledge of all the facts recited below, and if called as a witness, could and would testify competently thereto.

2.    I visited the www.Ryanair.com (the "Ryanair Website") at 1:34 pm ET on January 19, 2024. The figures below reflect a series of true and correct screenshots of the Ryanair Website as I progressed through the Ryanair Website and attempted to make a flight booking.

3.    The following image is a true and correct screenshot taken at 1:34 pm ET on January 19, 2024 of the web page that loaded when I visited www.Ryanair.com.



4.      At 1:35 pm ET on January 19, 2024, I clicked the "Log In" link in the top right corner of the Ryanair Website. The following image is a true and correct screenshot taken at 1:37 pm ET on January 19, 2024 of the resulting web page.



5.      At 1:38 pm ET on January 19, 2024, I entered my myRynair login credentials and clicked the "Log In" button. The following image is a true and correct screenshot taken at 1:39 pm ET on January 19, 2024 of the resulting web page.



6.      At 1:42 pm ET on January 19, 2024, I searched for one-way flights from Dublin to Edinburgh departing on Saturday, January 20, 2024. The following image is a true and correct screenshot taken at 1:42 pm ET on January 19, 2024 of the web page after I have input my search parameters, but before I have hit the "search" button.



7.      At 1:43 pm ET on January 19, 2024, I clicked on the "Search" button. The following image is a true and correct screenshot taken at 1:43 pm ET on January 19, 2024 of the resulting web page.



8.      At 1:44 pm ET on January 19, 2024, I clicked on the "Select" button for the Ryanair flight from Dublin to Edinburgh departing at 07:55 and arriving at 09:00. The following image is a true and correct screenshot taken at 1:44 pm ET on January 19, 2024 of the resulting web page.



9.      At 1:46 pm ET on January 19, 2024, I clicked on the "Continue for $191.60" button. The following image is a true and correct screenshot taken at 1:46 pm ET on January 19, 2024 of the resulting web page.



10.    At 1:47 pm ET on January 19, 2024, I clicked on the "Continue with Basic" button. The following image is a true and correct screenshot taken at 1:47 pm ET on January 19, 2024 of the resulting web page.



11.     At 1:48 pm ET on January 19, 2024, I entered my passenger information. The following image is a true and correct screenshot taken at 1:48 pm ET on January 19, 2024 after I have entered my passenger information but before I hit the "Continue" button.



12.     At 1:49 pm ET on January 19, 2024, I clicked on the "Continue" button. The following image is a true and correct screenshot taken at 1:49 pm ET on January 19, 2024 of the resulting web page.



13.     At 1:50 pm ET on January 19, 2024, I clicked on the "Add recommended seats"

button. The following image is a true and correct screenshot taken at 1:50 pm ET on January 19,

2024 of the resulting web page.



14.     At 1:50 pm ET on January 19, 2024, I clicked on the "No, thanks" button. The following image is a true and correct screenshot taken at 1:50 pm ET on January 19, 2024 of the resulting web page.



15.     At 1:51 pm ET on January 19, 2024, I selected the "1 Small Bag only" button and clicked on the "Continue" button. The following image is a true and correct screenshot taken at 1:51 pm ET on January 19, 2024 of the resulting web page.



16.     At 1:52 pm ET on January 19, 2024, I clicked on the "Continue" button. The following images are true and correct screenshots taken at 1:53 pm ET on January 19, 2024 of the resulting web page.





17.     At 1:54 pm ET on January 19, 2024, I clicked on the "Continue" button. The following image is a true and correct screenshot taken at 1:54 pm ET on January 19, 2024 of the resulting web page.



18.     At 1:55 pm ET on January 19, 2024, I clicked on the "Why do I need to verify my identity" link. The following image is a true and correct screenshot taken at 1:55 pm ET on January 19, 2024 of the resulting web page.



19.     At 1:56 pm ET on January 19, 2024, I clicked on the "Continue" button. The following image is a true and correct screenshot taken at 1:56 pm ET on January 19, 2024 of the resulting web page.



20.     At 1:57 pm ET on January 19, 2024, I selected the "Express" option and clicked on the "Continue" button. The following image is a true and correct screenshot taken at 1:57 pm ET on January 19, 2024 of the resulting web page.



21.     At 1:57 pm ET on January 19, 2024, I selected the checkbox and clicked on the "Continue" button. The following image is a true and correct screenshot taken at 1:57 pm ET on January 19, 2024 of the resulting web page.



22.     At 1:58 pm ET on January 19, 2024, I filled in my personal information and clicked on the "Continue" button. The following image is a true and correct screenshot taken at 1:58 pm ET on January 19, 2024 of the resulting web page.



23.     At 2:00 pm ET on January 19, 2024, I clicked on the "Take a photo" button. The image did not display my personal identification. The following image is a true and correct screenshot taken at 2:00 pm ET on January 19, 2024 of the resulting web page.



24.     At 2:00 pm ET on January 19, 2024, I clicked on the "Looks good" button. The following image is a true and correct screenshot taken at 2:00 pm ET on January 19, 2024 of the resulting web page.



25.     I was not able to continue to book my flight without completing this verification procedure.

26.     At 2:03 pm ET, I hit the back button to return to the payment page. The following image is a true and correct screenshot taken at 2:05 pm ET on January 19, 2024 of the resulting web page.



27.    At 2:06 pm ET on January 19, 2024, I clicked on the "Continue" button. The following image is a true and correct screenshot taken at 2:06 pm ET on January 19, 2024 of the resulting web page.



28.    At 2:07 pm ET on January 19, 2024, I selected the "Standard" option and clicked on the "Continue" button. The following image is a true and correct screenshot taken at 2:07 pm ET on January 19, 2024 of the resulting web page.



29.    At 2:07 pm ET on January 19, 2024, I clicked on the "Continue" button. The following image is a true and correct screenshot taken at 2:07 pm ET on January 19, 2024 of the resulting web page.



30.     At 2:08 pm ET on January 19, 2024, I uploaded an image that was not my passport, national ID card, or driver's license and clicked on the "Continue" button. The following image is a true and correct screenshot taken at 2:08 pm ET on January 19, 2024 of the resulting web page.



31.     At 2:09 pm ET on January 19, 2024, I filled in my personal details and clicked on the "Continue" button. The following image is a true and correct screenshot taken at 2:10 pm ET on January 19, 2024 of the resulting web page.



32.     At 2:11 pm ET on January 19, 2024, I clicked on the "Take a photo" button. The following image is a true and correct screenshot taken at 2:11 pm ET on January 19, 2024 of the resulting web page.



33.    At 2:12 pm ET on January 19, 2024, I clicked on the "Looks good" button. The photograph did not contain my personal identification. The following image is a true and correct screenshot taken at 2:12 pm ET on January 19, 2024 of the resulting web page.



34.     I was not able to complete my flight booking without completing this verification procedure.

35.     Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of John Hurley, deposed on September 29, 2023.

36.     Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Dara Brady, deposed on August 18, 2023.

37.     Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of John Hurley, deposed on August 16, 2023.

38.     Attached as **Exhibit 4** is a true and correct copy of the document stamped with Bates no. RYANAIR-BOOKING_0076008, showing a system-generated customer verification email.

39.     Attached as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of Matteo Bruni, deposed on August 11, 2023.

40.     Attached as **Exhibit 6** is a true and correct copy of Defendants' Privilege Log related to third-party communications, served on January 12, 2024.

41.     Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Iain Lopata, deposed on October 11, 2023.

42.     Attached as **Exhibit 8** is a true and correct copy of Ryanair's Written Responses to Written Questions for Ryanair, served on December 11, 2023.

43.     Attached as **Exhibit 9** is a true and correct copy of excerpts from the deposition transcript of Olivier Roset, deposed on August 23, 2023.

44.     Attached as **Exhibit 10** is a true and correct copy of excerpts from the deposition transcript of David Furey, deposed on June 15, 2023.

45.      Attached as **Exhibit 11** is a true and correct copy of the document stamped with Bates no. BOOKING.COM00000682 showing an email exchange with Glenn Fogel, CEO of Booking.com and Booking Holdings.

46.      Attached as **Exhibit 12** is a true and correct copy of excerpts from the deposition transcript of Timothy James O'Neil-Dunne, deposed on September 26, 2023.

47.      Attached as **Exhibit 13** is a true and correct copy of excerpts from the deposition transcript of Anthony Vance, deposed on October 13, 2023.

48.      Attached as **Exhibit 14** is a true and correct copy of the document titled "Web Scraping for Hospitality Research: Overview, Opportunities, and Implications" and stamped as Exhibit 129 during the deposition of Timothy James O'Neil-Dunne on September 26, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on January 22, 2024                    Respectfully Submitted,

                                                */s/ Ji Mao*
                                                Ji Mao

                                                *Attorney for Plaintiff/*
                                                *Counterclaim Defendant, Ryanair DAC*