# EXHIBIT 1

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 2

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 3

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 4

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED**

**From:** Ryanair Customer Services (info@calerryanair.com) **Sent:** 21/03/2023 18:02:55 UTC
**To:** Redacted numberdiagnostic
**Cc:**
**Bcc:**
**Subject:** Redacted IMPORTANT NOTICE – PLEASE FORWARD TO PASSENGER



# Customer Verification Required

This booking, Redacted appears to have been made through a third-party travel agent who has no commercial relationship with Ryanair to sell our flights. Therefore, Ryanair has blocked this booking. g.

As third-party travel agents often do not provide Ryanair with the correct passenger email address and payment details, we need to verify a passenger's identity before they can manage their booking and check-in online.

Ryanair needs to carry out this verification process in order to ensure we can comply with safety and security requirements.

Once a passenger on the bookings has completed Ryanair's verification process, we will provide full access to the booking, including to the ability to make changes to the booking, add additional services, and complete online check-in.

There are two online verification options available:

## Express Verification
**Recommended**



Uses facial recognition technology.
Verify in approx. 2 minutes.
Requires a copy of the passenger's identification documentation and a device with a camera.

**Verify now**

## Standard Verification



Verifies the passenger's signature.
Verify within 7 days.
Requires a copy of the passenger's identification documentation and a device with a camera.

**Verify now**

Express Verification is available at a cost of EUR 0.59c per booking.

This fee covers the cost of the face recognition tool. Ryanair does not benefit commercially from this. There is no charge for Standard Verification.

Passengers who do not avail of Express Verification or Standard Verification to verify their bookings can verify at the Ryanair ticket desk up to 60 minutes before departure.

However, we do not recommend this option as an airport check-in fee will apply **(please see our Table of Fees)**.

Please ensure you only book Ryanair flights and services directly on Ryanair.com or on the Ryanair app. You will always find the lowest price for Ryanair flights and products and the best service when you book directly with Ryanair.

The Ryanair Customer Care Team.

---

**RYANAIR**  |  Terms & Conditions  |  Privacy Policy  |  Contact us

# EXHIBIT 5

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**