# EXHIBIT 6

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 7

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 8

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED**

**CONTAINS MATERIAL FOR ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER (D.I. 52)**

### Ryanair's Responses to Written Questions for Ryanair

**Initial statement: Ryanair objects that these questions because they are neither necessary nor proper. Ryanair in no way accepts or admits the phrasing of the defendants' questions or headings. Merely as an example, Ryanair in no way admits that any noticed questions went unanswered in previous depositions. As discussed in conferrals and expressed in correspondence, Ryanair has agreed to answer certain questions to avoid further unnecessary expenses. Ryanair incorporates its objections to both the previous Rule 30(b)(6) deposition notices and defendants' previously-served interrogatories.**

***

*Questions Related to Interrogatories Provided After Prior 30(b)(6) Deposition:*

1. In Ryanair's Fourth Supplemental Response to Interrogatory No. 6, Ryanair added a table that purports to demonstrate ██████████████████████ ██████████████████████████████ Identify the time period that the table covers, including beginning and end dates (e.g. Jan 1. 2023-Sept. 1, 2023).

**Response to Question 1:**

The table added in Ryanair's Fourth Supplemental Response to Interrogatory No. 6 covers the period from July 24, 2023 to August 23, 2023.

2. In Ryanair's Second Supplemental Response to Interrogatory No. 15, Ryanair added a table that lists ████████████████████████████████████ ████████████████████████████████████ ████████

    a. State whether the list is complete, ████████████████████ ████████████████████████████████████

    b. If the list is not complete, please provide a complete list ████████ ████████

1

**CONTAINS MATERIAL FOR ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER (D.I. 52)**

    c. If known, please state whether, █████████████████████

█████████████████████████████████████████████

    d. State what year this data relates to.

    e. Identify who collected this data.

**Response to Question 2:**

    a. The list contains ███████████████████████████

████████████████████████████████

    b. The list is complete.

    c. This information is not known to Ryanair.

    d. This data relates to the year 2023.

    e. This data was collected by ████████████.

3. Describe how the test laid out in Ryanair's Fourth Supplemental Response to Interrogatory No. 5 was conducted, including who conducted the test and when the test was conducted.

**Response to Question 3:**

The test laid out in Ryanair's Fourth Supplemental Response to Interrogatory No. 5 was conducted by ████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████

**CONTAINS MATERIAL FOR ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER (D.I. 52)**

*Questions Unanswered from Sept. 29, 2023 Deposition*

1. Regarding Ryanair's Third Supplemental Response to Interrogatory No. 2:

    a. State the general job functions and annual salaries of each of the employees listed in Ryanair's Third Supplemental Response to Interrogatory No. 2, including ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮.

    b. Identify which contracting company or companies Ryanair uses to contract for ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ from 2018 through August 2022.

    c. Identify the individual who calculated the numbers in the graph on page 30 of Ryanair's Third Supplemental Responses to Defendants' First Set of Interrogatories that purports to show ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**Response to Question 1:**

   a.

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**CONTAINS MATERIAL FOR ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER (D.I. 52)**



**CONTAINS MATERIAL FOR ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER (D.I. 52)**



**CONTAINS MATERIAL FOR ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER (D.I. 52)**

    2. State the amount Ryanair paid █████████████████████

**Response to Question 2:**

███████████████████████████████████████

Therefore, the requested information is not known to Ryanair and not accessible by Ryanair.

    3. State when Ryanair began working with ███████

**Response to Question 3:**

    Ryanair began using ███████████████████████

███████████████████████████████████████

███████████████████████████████

    4. Regarding Exhibit 155 to the 9/29/2023 30(b)(6) deposition of John Hurley

        a. Identify whether Exhibit 155 relates to ███████████████████ ███████

        b. State what ███████ stands for on Exhibit 155.

        c. State what the number ███████ represents on the bottom of the third column on Exhibit 155 at RYANAIR-BOOKING_0065418.

**Response to Question 4:**

a. Exhibit 155 relates to ███████████████████████

b. ███████████████████

c. The number ███████████████████████████████

**CONTAINS MATERIAL FOR ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER (D.I. 52)**

5. Identify the number of Ryanair passengers that checked-in with Ryanair desk agents at airports between September 4, 2020 and April 15, 2023.

**Response to Question 5:**

Ryanair has already provided this information at RYANAIR-BOOKING_0080660.

6. State the total that Ryanair has paid ███████████████████████████████
███████████████████████

**Response to Question 6:**

Ryanair has already provided this information at RYANAIR-BOOKING_0065290 - RYANAIR-BOOKING_0065318.

7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>    Plaintiff,<br><br> v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD.,<br><br>    Defendants. | C.A. No. 1:20-cv-01191-WCB |

**VERIFICATION OF RYANAIR'S RESPONSES TO WRITTEN QUESTIONS TO RYANAIR**

I, John Hurley, declare:

1. I am authorized by Ryanair to make this verification as to Ryanair's Responses to Written Questions to Ryanair ("**Responses**").

2. I have read Ryanair's Responses and am familiar with the contents of them.

3. The Responses were prepared with the assistance of legal counsel for Ryanair, upon whom I've relied. Any errors in the Responses were inadvertent and unknown at the time of service, and the responsive information was necessarily limited by Ryanair's records and information currently in existence, collected, and discovered at the time of service. To the best of my knowledge and belief, Ryanair's Responses are true.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14 day of December, 2023

_____
John Hurley
**Chief Technology Officer**

# EXHIBIT 9

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**

# EXHIBIT 10

**PUBLIC VERSION -
CONFIDENTIAL MATERIAL OMITTED IN FULL**