**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYANAIR DAC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD,<br><br>　　　　Defendants. | C.A. No. 20-01191-WCB<br><br>**REDACTED PUBLIC VERSION** |

**DECLARATION OF MARCOS GUERRERO IN SUPPORT OF DEFENDANTS' BRIEF IN OPPOSITION TO RYANAIR'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO PRECLUDE DEFENDANTS' EXPERT TESTIMONY AND PURSUANT TO FEDERAL RULE OF EVIDENCE 803(6) AND 902(12)**

I, Marcos Guerrero, pursuant to 28 U.S.C. § 1746 and Art. 458, C.P. (Spain) hereby declare as follows:

[REDACTED]

███████████████████████
    ■    ████████████████████████████████████████████████
████████████████████████████████
    ■    ████████████████████████████████████████████████
██████████████████████████████
████████████
    ■    ████████████████████████████████████████████████
███  ███  ███  ████████████████ | ███████████████████  ██
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████
    ■    ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████
    ■    ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████
    ■    ████████████████████████████████████████████████
    ■    ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████

3

■ ███████████████████████████████████████████████
███████████████████████████████████████

■ ███████████████████████████████████████████████
███████████████████████████████████

■ ███████████████████████████████████████████████

■ ███████████████████████████████████████████████

███████████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 19, 2024                                        .

_____
Marcos Guerrero

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, a true and correct copy of the foregoing document was caused to be served on the following counsel of record in the manner indicated.

**BY ELECTRONIC MAIL**
R. Touhey Myer
Kratz & Barry LLP
800 N. West Street
Wilmington, Delaware 19801
(302) 527-9378
tmyer@kratzandbarry.com

**BY ELECTRONIC MAIL**
R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
150 N Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

*/s/ Jeffrey L. Moyer*
Jeffrey L. Moyer (#3309)