**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYANAIR DAC,<br><br>*Plaintiff,*<br><br>v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD.,<br><br>*Defendants.* | C.A. No. 1:20-cv-01191-WCB |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 20th day of May 2024, Plaintiff, Ryanair DAC, served *Plaintiff, Ryanair DAC's Seventh Supplemental and Amended Responses to Defendants' First Set of Interrogatories* the below-listed counsel of record via electronic mail:

Jeffrey L. Moyer
Alexandra M. Ewing
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street, Suite 600
Wilmington, DE 19801
moyer@rlf.com
ewing@rlf.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.*

John H. Hemann
Kathleen Hartnett
Kristine Forderer
Darina Shtrakhman
Hannah Pollack
Zoë Helstrom
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
jhemann@cooley.com
khartnett@cooley.com
kforderer@cooley.com
dshtrakhman@cooley.com
hpollack@cooley.com
zhelstrom@cooley.com
zcooleyryanairbhilitigation@cooley.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.*

Jessie Simpson LaGoy
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
jsimpsonlagoy@cooley.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.*

Alexander J. Kasner
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
akasner@cooley.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.*

| | |
|---|---|
| Dated: May 20, 2024 | **KRATZ & BARRY LLP**<br><br>*/s/ R Touhey Myer*<br>R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Of Counsel:*<br><br>**HOLLAND & KNIGHT LLP**<br><br>R. David Donoghue *(pro hac vice)*<br>Anthony J. Fuga *(pro hac vice)*<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>(312) 263-3600<br>david.donoghue@hklaw.com<br>anthony.fuga@hklaw.com<br><br>Ji Mao *(pro hac vice)*<br>31 West 52nd Street, 12th Floor<br>New York, NY 10019<br>(212) 513-3200<br>ji.mao@hklaw.com<br><br>Cynthia A. Gierhart *(pro hac vice)*<br>800 17th Street NW, Suite 1100<br>Washington, DC 20011<br>(202) 569-5416<br>cindy.gierhart@hklaw.com<br><br>William Howard Oliver, III *(pro hac vice)*<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>(617) 573-5863<br>william.oliver@hklaw.com<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim Defendant, Ryanair DAC* |