# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>   *Plaintiff/Counterclaim Defendant*,<br><br> v.<br><br>BOOKING HOLDINGS INC., *et al.*,<br><br>   *Defendants*,<br><br> and<br><br>BOOKING.COM B.V.,<br><br>   *Counterclaim Plaintiff*. | C.A. No. 1:20-cv-01191-WCB |

## SUPPLEMENTAL SCHEDULING ORDER

  This order supplements the previous scheduling orders in this case, Dkt. Nos. 46, 56, 117, and 393. Pursuant to the May 31, 2024 telephone conference with the Court, the Parties stipulate to the revised deadlines below:

| Pretrial Item | Date |
|---|---|
| Parties exchange exhibit lists and deposition designations for witnesses to be called by deposition and exhibit lists. | June 10, 2024 |
| Parties provide the court with a list of remaining disputes over the admissibility of trial exhibits and deposition designations and the electronic copies of those exhibits and deposition designations, after meeting and conferring to reduce the number of disputes. | June 18, 2024 |
| Parties file joint pretrial conference statement, motions in limine, jury instructions, proposed verdict form, and voir dire questions. | July 1, 2024 |

| Pretrial Item | Date |
|---|---|
| Court conducts an off-the-record meeting on trial exhibits and deposition designations. (by Zoom) | Week of July 8, 2024 |
| Final Pretrial Conference (by Zoom) | July 8, 2024 at 2:00 p.m. EDT |
| Trial | July 15 – July 19, 2024 |

IT IS SO ORDERED.

SIGNED this 3rd day of June, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE