IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>   *Plaintiff/Counterclaim Defendant*,<br><br> v.<br><br>BOOKING HOLDINGS INC., *et al.*,<br><br>   *Defendants*,<br><br> and<br><br>BOOKING.COM B.V.,<br><br>   *Counterclaim Plaintiff*. | C.A. No. 1:20-cv-01191-WCB |

# [PROPOSED] ORDER

  This order supplements the previous scheduling orders in this case, Dkt. Nos. 46, 56, 117, 393, and 397. Pursuant to the June 14, 2024 telephone conference with the Court, the Parties stipulate to the revised deadlines below:

| Pretrial Item | Current Deadline | New Deadline |
|---|---|---|
| Parties exchange exhibit lists and deposition designations for witnesses to be called by deposition and exhibit lists. | June 10, 2024 | No Change |
| Parties provide the court with a list of remaining disputes over the admissibility of trial exhibits and deposition designations and the electronic copies of those exhibits and deposition designations, after meeting and conferring to reduce the number of disputes. | June 18, 2024 | July 1, 2024 |

| Pretrial Item | Current Deadline | New Deadline |
|---|---|---|
| Parties file joint pretrial conference statement, motions in limine, jury instructions, proposed verdict form, and voir dire questions. | July 1, 2024 | No Change |
| Court conducts an off-the-record meeting on trial exhibits and deposition designations. (by Zoom) | Week of July 8, 2024 | No Change |
| Final Pretrial Conference (by Zoom) | July 8, 2024 at 2:00 p.m. EDT | No Change |
| Trial | July 15 – July 19, 2024 | No Change |

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

Dated: June 14, 2024

| **KRATZ & BARRY LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| /s/ R Touhey Myer | /s/ Jeffrey L. Moyer |
| R Touhey Myer (#5939) | Jeffrey L. Moyer (#3309) |
| 800 N. West Street | Alexandra M. Ewing (#6407) |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 527- 9378 | Wilmington, DE 19801 |
| tmyer@kratzandbarry.com | (302) 651-7700 |
| | moyer@rlf.com |
| *Of Counsel:* | ewing@rlf.com |
| | |
| R. David Donoghue | John J. Heman |
| Anthony J. Fuga | Kathleen Hartnett |
| HOLLAND & KNIGHT LLP | Kristine Forderer |
| 150 N. Riverside Plaza, Suite 2700 | Alexander J. Kasner |
| Chicago, IL 60606 | Jessie Simpson LaGoy |
| (312) 263-3600 | Hannah Pollack |
| david.donoghue@hklaw.com | COOLEY LLP |
| anthony.fuga@hklaw.com | 3 Embarcadero Center, 20th Floor |
| | San Francisco, CA 94111 |
| Cynthia A. Gierhart | (415) 693-2200 |
| HOLLAND & KNIGHT LLP | jheman@cooley.com |
| 800 17th Street NW, Suite 1100 | khartnett@cooley.com |
| Washington, DC 20011 | kforderer@cooley.com |
| (202) 569-5416 | akasner@cooley.com |
| cindy.gierhart@hklaw.com | jsimpsonlagoy@cooley.com |
| | hpollack@cooley.com |
| William Howard Oliver, III | |
| HOLLAND & KNIGHT LLP | *Attorneys for Defendants/Counterclaim* |
| 10 St. James Avenue, 11th Floor | *Plaintiff, Booking Holdings Inc.,* |
| Boston, MA 02116 | *Booking.com B.V., Kayak Software* |
| (617) 573-5863 | *Corporation, Priceline.com LLC,* |
| william.oliver@hklaw.com | *and Agoda Company Pte. Ltd.* |
| | |
| *Attorneys for Plaintiff/Counterclaim Defendant, Ryanair DAC* | |