IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>                *Plaintiff*,<br><br>      v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>                *Defendants*. | C.A. No. 20-01191-WCB |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ryanair DAC ("Plaintiff") and Defendants Booking Holdings Inc., Priceline.com LLC, Agoda Company Pte. Ltd., Booking.com B.V., and KAYAK Software Corporation ("Defendants"), have agreed to dismiss all claims and causes of action brought by Plaintiff against Booking Holdings Inc., Priceline.com LLC, and Agoda Company Pte. Ltd, with prejudice.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants, that Plaintiff's claims against Booking Holdings Inc., Priceline.com LLC, and Agoda Company Pte. Ltd are hereby dismissed with prejudice. Ryanair and each dismissed Defendant shall bear its own costs, expenses, and attorneys' fees.

Dated: June 24, 2024

| | |
|---|---|
| **KRATZ & BARRY LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| /s/ R Touhey Myer | /s/ Jeffrey L. Moyer |
| R Touhey Myer (#5939) | Jeffrey L. Moyer (#3309) |
| 800 N. West Street | Alexandra M. Ewing (#6407) |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 527-9378 | 920 N. King Street |
| tmyer@kratzandbarry.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| *Of Counsel:* | moyer@rlf.com |
| | ewing@rlf.com |
| R. David Donoghue | |
| Anthony J. Fuga | *Of Counsel:* |
| HOLLAND & KNIGHT LLP | |
| 150 N. Riverside Plaza, Suite 2700 | John J. Hemann |
| Chicago, IL 60606 | Kathleen Hartnett |
| (312) 263-3600 | Kristine Forderer |
| david.donoghue@hklaw.com | Alexander J. Kasner |
| anthony.fuga@hklaw.com | Jessie Simpson LaGoy |
| | Hannah Pollack |
| Cynthia A. Gierhart | COOLEY LLP |
| HOLLAND & KNIGHT LLP | 3 Embarcadero Center, 20th Floor |
| 800 17th Street NW, Suite 1100 | San Francisco, CA 94111 |
| Washington, DC 20011 | (415) 693-2200 |
| (202) 569-5416 | jheman@cooley.com |
| cindy.gierhart@hklaw.com | khartnett@cooley.com |
| | kforderer@cooley.com |
| Ji Mao | akasner@cooley.com |
| HOLLAND & KNIGHT LLP | jsimpsonlagoy@cooley.com |
| 31 West 52nd Street | hpollack@cooley.com |
| New York, NY 10019 | |
| (212) 513-3420 | *Attorneys for Defendants/Counterclaim Plaintiff, Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.* |
| ji.mao@hklaw.com | |
| | |
| William Howard Oliver, III | |
| HOLLAND & KNIGHT LLP | |
| 10 St. James Avenue, 11th Floor | |
| Boston, MA 02116 | |
| (617) 573-5863 | |
| william.oliver@hklaw.com | |
| | |
| *Attorneys for Plaintiff/Counterclaim Defendant, Ryanair DAC* | |