# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>    *Defendants*,<br><br>BOOKING.COM B.V.,<br><br>    *Counterclaim Plaintiff*. | C.A. No. 1:20-cv-01191-WCB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, Ryanair DAC and Defendants, Booking.com B.V. and Priceline.com LLC, and subject to the approval of the Court, that the deadline to file public versions of the following documents filed under seal, as more fully described below, shall be extended to August 9, 2024.

  1.  The parties agree to extend the current deadline to file a public, redacted version of the Joint Proposed Pretrial Order filed under seal at D.I. 407, and supporting Exhibits thereto filed under seal at D.I.s 407-1 through and including 407-18 from July 8, 2024 to August 9, 2024.

  2.  The parties agree to extend the current deadline to file a public, redacted version of the Joint Letter re Narrowed Trial Exhibit and Designation Disputes filed under seal at D.I. 413 from July 12, 2024 to August 9, 2024.

Dated: July 8, 2024

| **KRATZ & BARRY LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ R Touhey Myer* | */s/ Alexandra M. Ewing* |
| R Touhey Myer (#5939) | Jeffrey L. Moyer (#3309) |
| 800 N. West Street | Alexandra M. Ewing (#6407) |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 527-9378 | 920 N. King Street |
| tmyer@kratzandbarry.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| *Attorneys for Plaintiff,* | moyer@rlf.com |
| *Ryanair DAC* | ewing@rlf.com |
| | |
| | *Counsel for Defendants,* |
| | *Booking Holdings Inc., Booking.com B.V.,* |
| | *Kayak Software Corporation, Priceline.com* |
| | *LLC, and Agoda Company Pte. Ltd.* |

SO ORDERED this _____ day of _____, 2024.

_____
WILLIAM C. BRYSON
United States Circuit Judge