IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD,<br><br>　　　　Defendants. | C.A. No. 20-01191-WCB |

**ORDER GRANTING DEFENDANTS BOOKING.COM B.V. AND KAYAK SOFTWARE CORPORATION'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S <u>MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES</u>**

The Court having considered the Defendants' Motion for Exemption of Persons From the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this 9th day of July, 2024 that:

1.　　The Motion is GRANTED;

2.　　For purposes of courtroom setup and trial in the above-captioned case, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Matteo Bruni
- Jeannine Douglas
- Kristine Forderer
- Maggie Galitz

1

- Marcos Guerrero
- Rachel Harris
- Kathleen Hartnett
- Zoë Helstrom
- John H. Hemann
- Jose Hood
- Chris Humphries
- Basil Imburgia
- Alexander J. Kasner
- Jordan Rae Kelly
- Jessie Simpson LaGoy
- Timothy O'Neil-Dunne
- Hannah Pollack
- Katie Sigurdson
- Laura Unga
- Phyllis Wallitt
- Daniel D. White III

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
Hon. William C. Bryson
United States Circuit Court Judge