IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>*Plaintiff*,<br><br>v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>*Defendants*,<br><br>BOOKING.COM B.V.,<br><br>*Counterclaim Plaintiff*. | C.A. No. 1:20-cv-01191-WCB |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, Ryanair DAC and Defendants, Booking.com B.V. and KAYAK Software Corporation (together, "Defendants"), and subject to the approval of the Court, that the deadline to file public versions of the following documents filed under seal, as more fully described below, shall be extended to August 9, 2024.

1. The parties agree to extend the current deadline to file a public, redacted version of the Plaintiff's Brief Regarding Disclosure of Lost Profits and Lost Revenue filed under seal at D.I. 434, and supporting Exhibits thereto filed under seal at D.I.s 434-1 through and including 434-5 from July 18, 2024 to August 9, 2024.

2. The parties agree to extend the current deadline to file a public, redacted version of the Defendants' Response Regarding Monex filed under seal at D.I. 435, and supporting Exhibits

thereto filed under seal at D.I.s 435-1 through and including 435-3 from July 18, 2024 to August 9, 2024.

3. The parties agree to extend the current deadline to file a public, redacted version of the Plaintiff Ryanair DAC's Opposition to Defendants' Motion to Preclude New Kayak "Loss" Calculation filed under seal at D.I. 436, and supporting Exhibits thereto filed under seal at D.I.s 436-1 through and including 436-4 from July 19, 2024 to August 9, 2024.

Dated: July 15, 2024

| **KRATZ & BARRY LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ R Touhey Myer*<br>R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Attorneys for Plaintiff/Counterclaim Defendant, Ryanair DAC* | */s/ Alexandra M. Ewing*<br>Jeffrey L. Moyer (#3309)<br>Alexandra M. Ewing (#6407)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>ewing@rlf.com<br><br>*Counsel for Defendants/Counterclaim Plaintiff, Booking Holdings Inc., Booking.com B.V., Kayak Software Corporation, Priceline.com LLC, and Agoda Company Pte. Ltd.* |

SO ORDERED this _____ day of _____, 2024.

_____
WILLIAM C. BRYSON
United States Circuit Judge