IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| RYANAIR DAC, | : | |
| | : | |
| | : | C.A. No. 1:20-cv-01191-WCB |
| *Plaintiff/* | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| v. | : | |
| | : | |
| BOOKING HOLDINGS INC., | : | |
| BOOKING.COM B.V., KAYAK SOFTWARE | : | |
| CORPORATION, PRICELINE.COM LLC, | : | |
| and AGODA COMPANY PTE. LTD., | : | |
| | : | |
| *Defendants,* | : | |
| | : | |
| BOOKING.COM B.V., | : | |
| | : | |
| *Counterclaim Plaintiff.* | : | |

### PLAINTIFF RYANAIR DAC'S
### MOTION FOR JUDGMENT AS A MATTER OF LAW

Plaintiff Ryanair DAC ("Plaintiff") moves for judgment as a matter of law pursuant to Federal Rules of Civil Procedure 50(a)(1) (the "Motion") on all of Defendant Booking.com B.V.'s ("Defendant")'s counterclaims in this action, on several grounds:

(1) Booking.com has failed to show the elements of its tortious interference, unfair competition, defamation, and deceptive trade practice act counter claims; and

(2) Booking.com has failed to show the statements at issue are not true or have a defamatory character.

Support for this Motion may be found in Ryanair's brief filed simultaneously herewith and any reasons stated on the record during trial.

1

| | |
|---|---|
| Dated: July 18, 2024 | **KRATZ & BARRY LLP**<br><br>*/s/ R Touhey Myer*<br>R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>Of Counsel:<br><br>R. David Donoghue *(pro hac vice)*<br>Anthony J. Fuga *(pro hac vice)*<br>HOLLAND & KNIGHT LLP<br>150 N Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>(312) 263-3600<br>david.donoghue@hklaw.com<br>anthony.fuga@hklaw.com<br><br>Cynthia A. Gierhart *(pro hac vice)*<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20011<br>(202) 469-5416<br>cindy.gierhart@hklaw.com<br><br>Ji Mao *(pro hac vice)*<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, New York 10019<br>(212) 513-3420<br>ji.mao@hklaw.com<br><br>William H. Oliver III *(pro hac vice)*<br>HOLLAND & KNIGHT LLP<br>10 St. James Ave. 11th Floor<br>Boston, MA 02116<br>(617) 573-5863<br>william.oliver@hklaw.com<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim Defendant Ryanair DAC* |