IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC, *Plaintiff/ Counterclaim Defendant,* v. BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD., *Defendants,* BOOKING.COM B.V., *Counterclaim Plaintiff.* | C.A. No. 1:20-cv-01191-WCB |

**[PROPOSED] ORDER GRANTING PLAINTIFF RYANAIR DAC'S
MOTION FOR JUDGMENT AS A MATTER OF LAW**

The Court having considered Plaintiff Ryanair DAC's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a)(1) (the "Motion") IT IS HEREBY ORDERED this _____ day of July, 2024 that the Motion is GRANTED.

_____
The Honorable William C. Bryson
U.S. Circuit Judge

1