IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>        Plaintiff,<br><br>   v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>        Defendants. | C.A. No. 20-01191-WCB |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Ryanair DAC ("Plaintiff") and Defendants Booking Holdings Inc. and KAYAK Software Corporation ("Defendants"), have agreed to dismiss all claims and causes of action brought by Plaintiff against KAYAK Software Corporation, with prejudice.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants, that Plaintiff's claims against KAYAK Software Corporation are hereby dismissed with prejudice. Ryanair and KAYAK Software Corporation shall bear their own costs, expenses, and attorneys' fees.

Dated: July 15, 2024

| | |
|---|---|
| **KRATZ & BARRY LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ R Touhey Myer* | */s/ Jeffrey L. Moyer* |
| R Touhey Myer (#5939) | Jeffrey L. Moyer (#3309) |
| 800 N. West Street | Alexandra M. Ewing (#6407) |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 527-9378 | 920 N. King Street |
| tmyer@kratzandbarry.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| | moyer@rlf.com |
| *Of Counsel:* | ewing@rlf.com |
| | |
| R. David Donoghue | John J. Hemann |
| Anthony J. Fuga | Kathleen Hartnett |
| HOLLAND & KNIGHT LLP | Kristine Forderer |
| 150 N. Riverside Plaza, Suite 2700 | Alexander J. Kasner |
| Chicago, IL 60606 | Jessie Simpson LaGoy |
| (312) 263-3600 | Hannah Pollack |
| david.donoghue@hklaw.com | Zoë Helstrom |
| anthony.fuga@hklaw.com | COOLEY LLP |
| | 3 Embarcadero Center, 20th Floor |
| Cynthia A. Gierhart | San Francisco, CA 94111 |
| HOLLAND & KNIGHT LLP | (415) 693-2200 |
| 800 17th Street NW, Suite 1100 | jheman@cooley.com |
| Washington, DC 20011 | khartnett@cooley.com |
| (202) 569-5416 | kforderer@cooley.com |
| cindy.gierhart@hklaw.com | akasner@cooley.com |
| | jsimpsonlagoy@cooley.com |
| William Howard Oliver, III | hpollack@cooley.com |
| HOLLAND & KNIGHT LLP | zhelstrom@cooley.com |
| 10 St. James Avenue, 11th Floor | |
| Boston, MA 02116 | *Attorneys for Defendants/Counterclaim* |
| (617) 573-5863 | *Plaintiff Booking.com B.V. and Kayak Software* |
| william.oliver@hklaw.com | *Corporation* |

*Attorneys for Plaintiff/Counterclaim Defendant, Ryanair DAC*

SO ORDERED this 18th day of July, 2024.

_____
Hon. William C. Bryson
United States Circuit Judge

2