IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>　　　　　　*Defendants*. | C.A. No. 20-01191-WCB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ryanair DAC ("Plaintiff") and Defendant Booking.com B.V. ("Defendant"), have agreed to dismiss Defendant's Fourth Counterclaim (Trade Libel), with prejudice.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendant, that Defendant's Fourth Counterclaim (Trade Libel) is hereby dismissed with prejudice. Ryanair and Booking.com B.V. shall bear their own costs, expenses, and attorneys' fees.

Dated: July 18, 2024

| **KRATZ & BARRY LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| /s/ R Touhey Myer | /s/ Jeffrey L. Moyer |
| R Touhey Myer (#5939) | Jeffrey L. Moyer (#3309) |
| 800 N. West Street | Alexandra M. Ewing (#6407) |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 527-9378 | 920 N. King Street |
| tmyer@kratzandbarry.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| *Of Counsel:* | moyer@rlf.com |
| | ewing@rlf.com |
| R. David Donoghue | |
| Anthony J. Fuga | *Of Counsel:* |
| HOLLAND & KNIGHT LLP | |
| 150 N. Riverside Plaza, Suite 2700 | John J. Hemann |
| Chicago, IL 60606 | Kathleen Hartnett |
| (312) 263-3600 | Kristine Forderer |
| david.donoghue@hklaw.com | Alexander J. Kasner |
| anthony.fuga@hklaw.com | Jessie Simpson LaGoy |
| | Hannah Pollack |
| Cynthia A. Gierhart | Zoë Helstrom |
| HOLLAND & KNIGHT LLP | COOLEY LLP |
| 800 17th Street NW, Suite 1100 | 3 Embarcadero Center, 20th Floor |
| Washington, DC 20011 | San Francisco, CA 94111 |
| (202) 569-5416 | (415) 693-2200 |
| cindy.gierhart@hklaw.com | jheman@cooley.com |
| | khartnett@cooley.com |
| William Howard Oliver, III | kforderer@cooley.com |
| HOLLAND & KNIGHT LLP | akasner@cooley.com |
| 10 St. James Avenue, 11th Floor | jsimpsonlagoy@cooley.com |
| Boston, MA 02116 | hpollack@cooley.com |
| (617) 573-5863 | zhelstrom@cooley.com |
| william.oliver@hklaw.com | |
| | *Attorneys for Defendants/Counterclaim Plaintiff, Booking.com B.V.* |
| *Attorneys for Plaintiff/Counterclaim Defendant, Ryanair DAC* | |