UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| Ryanair DAC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:20-cv-1190-WCB |
| Booking Holdings Inc. et al, | ) | |
| Defendant. | ) | |

## JOINT EXHIBIT & WITNESS LIST [LOCAL VERSION]

| PRESIDING JUDGE<br>William C. Bryson | | | | PLAINTIFF'S COUNSEL<br>Kratz & Barry LLP | | REPORTER<br>Deanna Warner |
|---|---|---|---|---|---|---|
| DATES OF TRIAL<br>7/15/2024 – 7/19/2024 | | | | DEFENDANT'S COUNSEL<br>Richards, Layton & Finger, P.A. | | COURTROOM DEPUTY<br>M. Banenas |
| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
| | 34 | | 7/15/24 | X | Exhibit B of Booking.com BV Third Amended and Supplemental Responses and Objections to Interrogatory No. 4 | No Witness |
| | 1 | | 7/15/24 | X | 2022-07-22 Ryanair 1st Amended Complaint- Exh. C- HK to Booking Holdings re: Cease and desist letter | John Hurley |
| | 2 | | 7/15/24 | X | 2022-07-22 Ryanair 1st Amended Complaint- Exh. D- BM to HK re: Cease and desist letter | John Hurley |
| | 90 | | 7/15/24 | X | Letter to Booking.com BV re: Cease and desist | John Hurley |
| | | 202 | 7/15/24 | X | Navitaire Hosted Services Agreement and Amendments | John Hurley |
| | 106 | | 7/16/24 | X | 1. shield_ip_whitelist.xlsx | John Hurley |
| | 153 | | 7/16/24 | X | monex_mobile_payments_attempts_5thOct_all_sessions.csv | John Hurley |
| | 154 | | 7/16/24 | X | monex_mobile_payments_attempts_5thOct_all_sessions.csv | John Hurley |
| | | 204 | 7/16/24 | X | Email from J. Hurley to D. O'Callaghan re urgent: IP block, pls unblock | John Hurley |
| | | 217 | 7/16/24 | X | Email from D. O'Callaghan to E. Wilson, cc J. Hurley re Disrupt the OTA business model | John Hurley |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | 429 | 7/16/24 | X | Ryanair Annual Report 2023 | John Hurley |
| | 11 | | 7/16/24 | X | Email Thread from Anne Housseau to Marcos Guerrera | Anne Housseau |
| | 14 | | 7/16/24 | X | Email Thread | Anne Housseau |
| | 15 | | 7/16/24 | X | Document titled "Highly Confidential -For Internal Use Only" | Anne Housseau |
| | 21 | | 7/16/24 | X | Email thread from Arnaud Delbary to Marcos Guerrero et al | Anne Housseau |
| | 55 | | 7/16/24 | X | Lopata Amended and Supplemented Report, Appendix C | Iain Lopata |
| | 12 | | 7/16/24 | X | Email RE: Kayak flights.msg | Marcos Guerrera |
| | 18 | | 7/16/24 | X | Email Thread from Marcos Guerrera to Chris Humphries | Marcos Guerrera |
| | 19 | | 7/16/24 | X | Phase 2 Agreement between Booking.com and Etraveli, executed on June 9, 2021 | Marcos Guerrera |
| | 164 | | 7/16/24 | X | Archived Website Link TravelFusion.com | Marcos Guerrera |
| | | 244 | 7/17/24 | X | Email from Ryanair Customer Services to Customer re Important Information Regarding your Ryanair Flight S7SRHM | Marcos Guerrera |
| | | 269 | 7/17/24 | X | Email from Alexandra Wolframm to flights-quality-internal@booking.com re Fwd: Fwd: Important Notice - Please Forward to Passenger | Marcos Guerrera |
| | | 274 | 7/17/24 | X | Email from Paul Downham to Marcos Guerrero et al re Fwd: FW: Important Notice - Please Forward to Passenger | Marcos Guerrera |
| | | 287 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 317 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 327 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 342 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 354 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 364 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 373 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 387 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | 393 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 400 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 402 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 404 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 407 | 7/17/24 | X | Screenshot of a customer service ticket | Marcos Guerrera |
| | | 213 | 7/17/24 | X | Email from A. Murphy to D. Brady re OTA Cheat Sheet, with attachment | Dara Brady |
| | | 215 | 7/17/24 | X | Email from D. Brady to D. Ryan re OTA note | Dara Brady |
| | | 216 | 7/17/24 | X | OTAs - Comms Plan | Dara Brady |
| | | 220 | 7/17/24 | X | Email from D. Wall to D. Ryan et al., cc A. Murphy and Morrison Visconti re OTA Check-in blocked | Dara Brady |
| | | 221 | 7/17/24 | X | Email from A. Murphy to D. Brady re OTA Strategy Doc V3 2409, with attachment | Dara Brady |
| | | 223 | 7/17/24 | X | Email from D. Ryan to D. Brady, A. Murphy re CS Emails - OTAs | Dara Brady |
| | | 224 | 7/17/24 | X | Customer Care OTA Emails, October 2020 | Dara Brady |
| | | 226 | 7/17/24 | X | Email from Ryanair Customer Service re Important Information Regarding your Ryanair Flight | Dara Brady |
| | | 229 | 7/17/24 | X | Email from S. Dunne to N. McMahon et al. re OTA Update w/ Summary 21st Oct - 27th Oct | Dara Brady |
| | | 230 | 7/17/24 | X | Email from A. Murphy to R. Burket et al., re Super Objectives, with attachment | Dara Brady |
| | | 231 | 7/17/24 | X | Email from A. Murphy to P. O'Connor re FW: OTA Update w/ Summary 04 Nov - 10 Nov | Dara Brady |
| | | 233 | 7/17/24 | X | Email from D. Brady to R. Power, cc A. Murphy re OTA | Dara Brady |
| | | 236 | 7/17/24 | X | Email from A. Murphy to D. Brady re Correct email addresses, with attachment | Dara Brady |
| | | 240 | 7/17/24 | X | Email from Ryanair Customer Services re Important Notice - Please Forward to Passenger | Dara Brady |
| | | 245 | 7/17/24 | X | Email from Ryanair Customer Services re PASSENGER | Dara Brady |
| | | 246 | 7/17/24 | X | Email from D. Brady to A. Murphy re OTA Ancillary Analysis | Dara Brady |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | 262 | 7/17/24 | X | Email from Ryanair Customer Services re Important Notice - Please Forward to Passenger | Dara Brady |
| | | 421 | 7/17/24 | X | Ryanair Customer Verification Required screenshot | Dara Brady |
| | X | | 7/15/24 | | Live Testimony of John Hurley | |
| | X | | 7/16/24 | | Video Deposition of Anne Housseau | |
| | X | | 7/16/24 | | Live Testimony of Lukasz Stocki | |
| | X | | 7/16/24 | | Live Expert Testimony of Iain Lopata | |
| | X | | 7/16/24 | | Live Testimony of Marcos Guerrero | |
| | X | | 7/17/24 | | Video Deposition of Michael O'Leary | |
| | | X | 7/17/24 | | Video Deposition of Michael O'Leary | |
| | | X | 7/17/24 | | Live Testimony of Dara Brady | |
| | | X | 7/17/24 | | Video Deposition of Aine Murphy | |
| | | X | 7/17/24 | | Live Testimony of Christopher Humphries | |
| | | X | 7/17/24 | | Live Expert Testimony of Basil Imburgia | |