## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RYANAIR DAC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 20-1191-WCB |
| BOOKING.COM B.V.., | § § | |
| *Defendant and Counterclaim Plaintiff.* | § § § § | |

## JUDGMENT ON THE VERDICT

This action was tried to a jury, with the undersigned presiding, and the jury returned a verdict on the legal claims submitted to it. In consideration thereof, judgment is entered that:

1. The defendant is found to have violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030. The plaintiff is awarded $5,000, the amount of damages found by the jury in its verdict.

2. The jury found that the plaintiff is not liable to the defendant on any of the defendant's counterclaims. Judgment will be entered for the plaintiff on the defendant's counterclaims.

3. Judgment is further entered that the defendant is liable to the plaintiff for prejudgment interest in an amount to be calculated. Because the plaintiff was the prevailing party in this action, costs are taxed against the defendant. The parties should submit letter briefs regarding (1) the interest owed by Booking.com B.V. to Ryanair DAC and (2) the amount of costs owed by Booking.com B.V. to Ryanair DAC. Those letter briefs should be filed no later than August 8, 2024.

4. The parties should promptly meet and confer to discuss the timing of any further proceedings to be held in this case. Any agreement or competing proposals regarding further proceedings should be included in the letter briefs filed by August 8, 2024.

5. If either party chooses to seek postjudgment relief under Rule 50 or Rule 59 of the Federal Rules of Civil Procedure, all such requests shall be filed in the form of a single motion per party not more than 25 pages in length. Any such motion should be filed by August 22, 2024, which is 28 days after the date of entry of this judgment. *See* Fed. R. Civ. P. 50(b).

IT IS SO ORDERED.

SIGNED this 25th day of July, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE