IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>       Plaintiff,<br><br>   v.<br><br>BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD,<br><br>       Defendants. | C.A. No. 20-01191-WCB |

**DEFENDANT BOOKING.COM'S
RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW,
AND, ALTERNATIVELY, RULE 59 MOTION FOR A NEW TRIAL**

    Defendant Booking.com B.V. ("Booking.com") moves pursuant to Federal Rule of Civil Procedure 50(b) for judgment as a matter of law, and, in the alternative, for a new trial pursuant to Federal Rule of Civil Procedure 59 (the "Motion"), on multiple grounds:

    (1)    Plaintiff Ryanair DAC ("Ryanair") failed to establish at trial a basis for the extraterritorial application of the Computer Fraud and Abuse Act ("CFAA"); and

    (2)    Ryanair failed to show "loss," as that term is defined in the CFAA, attributable to Booking.com in the amount of $5,000 or more in a one-year period—a prerequisite to a civil action under the CFAA; and

    (3)    Ryanair failed to show "damage" as that term is defined in the CFAA, which is a requirement for Ryanair's unauthorized access claim (Count IV); and

    (4)    Ryanair failed to show an intent to defraud by Booking.com, a required element of Ryanair's fraud claim (Count II); and

1

(5) The jury's verdict was contrary to the evidence and in the event that judgment as a matter of law is denied or reversed, a new trial would be required.

Support for this Motion may be found in Booking.com's brief filed simultaneously herewith.

OF COUNSEL:

John H. Hemann
Kathleen Hartnett
Kristine Forderer
Alexander J. Kasner
Jessie Simpson LaGoy
Hannah Pollack
Zoë Helstrom
COOLEY LLP
3 Embarcadero Center St., 20th Fl.
San Francisco, CA 94111
(415) 693-2200
jhemann@cooley.com
khartnett@cooley.com
kforderer@cooley.com
akasner@cooley.com
jsimpsonlagoy@cooley.com
hpollack@cooley.com
zhelstrom@cooley.com

Dated: August 6, 2024

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
Alexandra M. Ewing (#6407)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
ewing@rlf.com

Orin S. Kerr
Law Office of Orin S. Kerr
334 Law Building
Berkeley, CA 94720-7200
(510) 664-5257
orin@orinkerr.com

*Attorneys for Defendant/Counterclaim Plaintiff Booking.com B.V.*