## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>    Plaintiff,<br><br>  v.<br><br>BOOKING HOLDINGS INC., BOOKING.COM B.V., KAYAK SOFTWARE CORPORATION, PRICELINE.COM LLC, and AGODA COMPANY PTE. LTD,<br><br>    Defendants. | C.A. No. 20-01191-WCB |

**[PROPOSED] ORDER GRANTING DEFENDANT BOOKING.COM'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW AND, ALTERNATIVELY, RULE 59 MOTION FOR A NEW TRIAL**

The Court having considered Defendant Booking.com B.V.'s motion pursuant to Federal Rule of Civil Procedure 50(b) for judgment as a matter of law, and, in the alternative, for a new trial pursuant to Federal Rule of Civil Procedure 59 (the "Motion"), IT IS HEREBY ORDERED this _____ day of August, 2024 that the Motion is GRANTED.

                                                                         _____
                                                                         The Honorable William C. Bryson
                                                                         U.S. Circuit Judge