IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>*Plaintiff/*<br>*Counterclaim Defendant,*<br><br>v.<br><br>BOOKING.COM B.V.,<br><br>*Defendant/*<br>*Counterclaim Plaintiff.* | C.A. No. 1:20-cv-01191-WCB |

### PLAINTIFF RYANAIR DAC'S
### MOTION FOR PERMANENT INJUNCTION

Plaintiff, Ryanair DAC ("Plaintiff"), moves for permanent injunction pursuant to 18 U.S.C. § 1030(g) set forth as follows in relevant part:

1. 18 U.S.C. § 1030(g) states that "Any person who suffers damage or loss by reason of a violation of this section may maintain a civil action against the violator to obtain compensatory damages and injunctive relief or other equitable relief." 18 U.S.C. § 1030(g).

Support for this Motion may be found in Ryanair's brief filed simultaneously herewith.

| | |
|---|---|
| Dated: August 22, 2024 | **KRATZ & BARRY LLP**<br><br>*/s/ R Touhey Myer*<br>R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Of Counsel:*<br><br>R. David Donoghue *(pro hac vice)*<br>Anthony J. Fuga *(pro hac vice)*<br>HOLLAND & KNIGHT LLP<br>150 N Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>(312) 263-3600<br>david.donoghue@hklaw.com<br>anthony.fuga@hklaw.com<br><br>Cynthia A. Gierhart  *(pro hac vice)*<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20011<br>(202) 469-5416<br>cindy.gierhart@hklaw.com<br><br>Ji Mao *(pro hac vice)*<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, New York 10019<br>(212) 513-3420<br>ji.mao@hklaw.com<br><br>William H. Oliver III *(pro hac vice)*<br>HOLLAND & KNIGHT LLP<br>10 St. James Ave. 11th Floor<br>Boston, MA 02116<br>(617) 573-5863<br>william.oliver@hklaw.com<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim Defendant Ryanair DAC* |