# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC, | : |
| | : |
| | : C.A. No. 1:20-cv-01191-WCB |
| *Plaintiff/* | : |
| *Counterclaim Defendant,* | : |
| | : |
| v. | : |
| | : |
| BOOKING.COM B.V., | : |
| | : |
| *Defendant/* | : |
| *Counterclaim Plaintiff.* | : |

## [PROPOSED] ORDER GRANTING PLAINTIFF RYANAIR DAC'S MOTION FOR PERMANENT INJUNCTION

Upon the Plaintiff's Motion for Permanent Injunction (the "Motion") filed by Plaintiff, Ryanair DAC (herein, "Ryanair"); and the Court having reviewed the Motion; and the Court having jurisdiction over this matter; and the Court having determined that the legal and factual bases set forth in the Motion and Brief in support thereof establish sufficient cause for the relief requested therein; and after due deliberation thereon; and sufficient cause appearing therefore;

It is hereby ORDERED that:

1. Plaintiff, Ryanair DAC has suffered damage or loss by reason of violation of 18 U.S.C. § 1030(g) as found on July 18, 2024, by a jury-rendered a verdict in favor of Ryanair on Counts II and IV of its CFAA claims, and against Booking.com on all of its counterclaims. *See* 18 U.S.C. § 1030; D.I. 460; D.I. 457.

2. The Judgment entered on July 25, 2024 is consistent with the jury's findings and therefore Ryanair DAC is entitled to injunctive relief and other equitable relief to be entered by this Honorable Court.

2

3.	A permanent injunction is AWARDED in favor of Ryanair DAC and against Booking.com B.V.

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable William C. Bryson
Judge, U.S. Federal Circuit Court of Appeals