# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RYANAIR DAC, | : |
| | : |
| | : C.A. No. 1:20-cv-01191-WCB |
| *Plaintiff/* | : |
| *Counterclaim Defendant,* | : |
| | : |
| v. | : |
| | : |
| BOOKING.COM B.V., | : |
| | : |
| *Defendant/* | : |
| *Counterclaim Plaintiff.* | : |

## CERTIFICATE OF SERVICE

I, R Touhey Myer, herby certify that on August 22, 2024, a copy of *Plaintiff Ryanair DAC's Motion for Permanent Injunction, Plaintiff's Brief in Support of its Motion for a Permanent Injunction, the Declaration of Anthony J. Fuga and Exhibits A-K thereto, and Proposed Order* was caused to be served upon the following counsel of record via electronic mail:

<table>
<tr><td>

Jeffrey L. Moyer
Tyler E. Cragg
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street, Suite 600
Wilmington, DE 19801
moyer@rlf.com
cragg@rlf.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V.,*
*Kayak Software Corporation, Priceline.com*
*LLC, and Agoda Company Pte. Ltd.*

John H. Hemann
Kathleen Hartnett
Kristine Forderer
Darina Shtrakhman
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
jhemann@cooley.com
khartnett@cooley.com
kforderer@cooley.com
dshtrakhman@cooley.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V.,*
*Kayak Software Corporation, Priceline.com*
*LLC, and Agoda Company Pte. Ltd.*

</td><td>

Jessie Simpson LaGoy
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
jsimpsonlagoy@cooley.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V.,*
*Kayak Software Corporation, Priceline.com*
*LLC, and Agoda Company Pte. Ltd.*

Alexander J. Kasner
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
akasner@cooley.com
zcooleyryanairbhilitigation@cooley.com

*Counsel for Defendants,*
*Booking Holdings Inc., Booking.com B.V.,*
*Kayak Software Corporation, Priceline.com*
*LLC, and Agoda Company Pte. Ltd.*

</td></tr>
<tr><td>

Dated: August 22, 2024

</td><td>

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Plaintiff/*
*Counterclaim Defendant, Ryanair DAC*

</td></tr>
</table>