

Jeffrey L. Moyer
302-651-7525
Moyer@rlf.com

August 23, 2024

<u>VIA CM/ECF</u>
The Honorable William C. Bryson
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington, DC 20439-0000

RE:   *Ryanair DAC v. Booking Holdings Inc.*, C.A. No. 20-1191-WCB (D. Del.)

Dear Judge Bryson:

Defendant Booking.com B.V. ("Booking.com") respectfully requests that D.I. 482, Plaintiff Ryanair DAC's Reply to Booking.com's Objections to Ryanair DAC's Letter Brief in Support of Motion for Award of Taxable Costs and Interest, be stricken.  The briefing schedule for Ryanair's letter brief in support of costs and interest, which was entered by the Court on August 5, 2024 (D.I. 462), did not permit Ryanair to file a reply brief, nor does Local Rule 54(a) allow any sort of reply in further support of a bill for costs.  In any event, nothing in Ryanair's reply contravenes the analysis in Booking.com's opposition.

Should Your Honor have any questions, counsel remain available at the Court's convenience.

Respectfully,

*/s/ Jeffrey L. Moyer*

Jeffrey L. Moyer (#3309)

cc:   All Counsel of Record (via CM/ECF)