IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>　　　　Defendants. | C.A. No. 20-01191-WCB |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Defendant Booking.com B.V. ("Booking.com") requests that the Court hold oral argument on its Rule 50(b) Motion for Judgment as a Matter of Law, and Alternatively, Rule 59 Motion for a New Trial (D.I. 467) and Plaintiff Ryanair DAC's Motion for Permanent Injunction (D.I. 483).

Booking.com respectfully requests that if the Court holds oral argument, that oral argument be held in person.

| | |
|---|---|
| OF COUNSEL:<br><br>John H. Hemann<br>Kathleen Hartnett<br>Kristine Forderer<br>Alexander J. Kasner<br>Jessie Simpson LaGoy<br>Hannah Pollack<br>Zoë Helstrom<br>COOLEY LLP<br>3 Embarcadero Center St.,20th Fl.<br>San Francisco, CA 94111<br>(415) 693-2200<br>jhemann@cooley.com<br>khartnett@cooley.com<br>kforderer@cooley.com<br>akasner@cooley.com<br>jsimpsonlagoy@cooley.com<br>hpollack@cooley.com<br>zhelstrom@cooley.com<br><br>Dated: September 25, 2024 | */s/ Jeffrey L. Moyer*<br>Jeffrey L. Moyer (#3309)<br>Alexandra M. Ewing (#6407)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>ewing@rlf.com<br><br>Orin S. Kerr<br>Law Office of Orin S. Kerr<br>334 Law Building<br>Berkeley, CA 94720-7200<br>(510) 664-5257<br>orin@orinkerr.com<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Booking.com B.V.* |