# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>      Plaintiff,<br><br>  v.<br><br>BOOKING HOLDINGS INC.,<br>BOOKING.COM B.V., KAYAK SOFTWARE<br>CORPORATION, PRICELINE.COM LLC,<br>and AGODA COMPANY PTE. LTD,<br><br>      Defendants. | C.A. No. 20-01191-WCB |

## [PROPOSED] ORDER GRANTING MOTION TO STRIKE

The Court having considered Booking.com B.V.'s motion to strike (the "Motion"), IT IS HEREBY ORDERED this _____ day of December, 2024 that the Motion is GRANTED: (1) paragraphs 6 through 9 (including footnote 1) of D.I. 506 is STRICKEN and (2) D.I. 508, including Appendix A, is STRICKEN in its entirety.

 

_____
The Honorable William C. Bryson
U.S. Circuit Judge