IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RYANAIR DAC,

    Plaintiff,

v.

BOOKING HOLDINGS INC.,
BOOKING.COM B.V., KAYAK SOFTWARE
CORPORATION, PRICELINE.COM LLC,
and AGODA COMPANY PTE. LTD,

    Defendants.

C.A. No. 20-01191-WCB

## AMENDED JUDGMENT

    This action was tried to a jury, with the undersigned presiding, and the jury returned a verdict on the legal claims submitted to it. Judgment was entered on the verdict on July 25, 2024. D.I. 460. On January 22, 2025, the Court granted judgment as a matter of law to Booking.com B.V. pursuant to Federal Rule of Civil Procedure 50(b). In consideration thereof, amended judgment is entered as follows:

    1. The defendant is found not to have violated the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030. Judgment is hereby entered for defendant on all claims under the CFAA.

    2. The jury found that the plaintiff is not liable to the defendant on any of the defendant's counterclaims. The judgment previously entered for the plaintiff on the defendant's counterclaims remains.

    3. The parties shall meet and confer on a schedule for letter briefs regarding taxable

costs, if any, and shall submit a proposed stipulated briefing schedule to the Court no later than February 13, 2025.

    IT IS SO ORDERED.

    SIGNED this 31st day of January, 2025.

*[signature]*

William C. Bryson
United States Circuit Judge