IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYANAIR DAC,<br><br>        Plaintiff,<br><br>    v.<br><br>BOOKING.COM B.V.,<br><br>        Defendant. | C.A. No. 20-01191-WCB |

### STIPULATION AND ORDER RE: APPLICATION FOR COSTS

WHEREAS, on January 31, 2025 the Court entered an Amended Judgement in the above-captioned action requiring the parties to meet and confer regarding any future requests for taxable costs following trial and a proposed briefing schedule for any submissions related to such costs (D.I. 518);

WHEREAS, Plaintiff Ryanair DAC ("Ryanair") and Defendant Booking.com BV ("Booking") duly met and conferred and agreed that neither side shall seek taxable costs;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to the approval of the Court, that neither side shall seek taxable costs in connection with this matter.

| | |
|---|---|
| /s/ R. Touhey Myer | /s/ Alexandra M. Ewing |
| R. Touhey Myer (#5939) | Jeffrey L. Moyer (#3309) |
| Kratz & Barry LLP | Alexandra M. Ewing (#6407) |
| 800 N. West Street | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19801 | One Rodney Square |
| 302-527-8378 | 920 N. King Street |
| tmyer@kratzandbarry.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| | moyer@rlf.com |
| | ewing@rlf.com |
| *Attorney for Plaintiff,* | |
| *Ryanair DAC* | *Attorneys for Defendant* |
| | *Booking.com B.V.* |

IT IS SO ORDERED this 13th day of February, 2025.

_____
HON. WILLIAM C. BRYSON
United States Circuit Judge